IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

Received by the Pro Se Office
2/3/2021-KC

★ FEB 03 2021 ★

21-MC-577

CHEN, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

| | |
|---|---|
| AROR-ARK ARK O'DIAH, ) | **COMPLAINT: WRONGFUL DEATH VIA MEDICALLY DELIBERATE INDIFFERENCE.** |
| Plaintiff, ) | |
| VS. ) | CASE No._____ |
| NEW YORK CITY DEPARTMENT OF HOUSING; ) | |
| RENAISSANCE EQUITY HOLDINGS LLC, OWNER ) | **RELIEF SOUGHT $1.4 BILLION, AND** |
| AND ISABELLA JOH, PROPERTY CONTROLLER; ) | **JURY TRIAL DEMANDED.** |
| WORLD TRADE CENTER HEALTH PROGRAM, AND ) | **CLAIMS: HARASSMENT UNDER** |
| CDC-NATIONAL INSTITUTE OF OCCUPATIONAL ) | **COLOR OF STATE LAW, WRONGFUL** |
| SAFETY AND HEALTH, AND DIRECTOR; ) | **DEATH, SYSTEMIC JOINT RACIALLY** |
| NYC HEALTH + HOSPITALS / MCKINNEY; ) | **MOTIVATED DISCRIMINATION, AND** |
| JAMAICA HOSPITAL MEDICAL CENTER; ) | **RETALIATIONS IN VIOLATIONS OF** |
| DR. GLENN J. JAKOBSEN; FLATBUSH GARDENS; ) | **WHISTLEBLOWER PROTECTION ACT** |
| DR. ZANE HOFFMAN;  CAPITAL ONE BANK, N.A.; ) | **IN BAD FAITH, AND BREACHES OF** |
| NEW YORK STATE COMMISSIONER OF THE ) | **FIDUCIARY DUTIES, AND GROSS** |
| DEPARTMENT OF CORRECTIONS AND ) | **RECKLESS NEGLIGENCE, FRAUD,** |
| COMMUNITY SUPERVISION; ) | **SLANDER AND LIBEL, DENIAL AND** |
| LOGISTICS HEALTH INCORPORATED; ) | **DEPRIVATIONS OF CIVIL AND** |
| WILLIAM STREET CLINIC; ) | **HUMAN RIGHTS, CRUEL / UNUSUAL** |
| SEPTEMBER 11, 2001 VICTIM COMPENSATION ) | **PUNISHMENT VIA DELIBERATE** |
| FUND, AND SPECIAL MASTER; ) | **INDIFFERENCE UPON NATIONAL** |
| JPMORGAN CHASE BANK, N.A., ) | **ORIGIN IDENTIFICATION VIA** |
| NYU LANGONE HEALTH PULMONARY AND SLEEP ) | **DELIBERATE MISREPRESENTATION.** |
| MED-BKLN AND BORIS SAGALOVICH, MD, ) | **18 U.S.C. SECTION 242; EXTORTION;** |
| FLATBUSH GARDENS MANAGEMENT; ) | **42 U.S.C. SECTIONS 1983, 1985,** |
| FLATBUSH GARDENS SECURITY AND OWNER, ) | **1986; USCA. CONST. AMENDMENT** |
| Defendants. ) | **1, 8 and 14 TO U.S. CONSTITUTION.** |
| **INTRODUCTION:       COMPLAINT IN AFFIDAVIT** | **DEFAMATION VIA RACIAL SLURS…** |

I, Aror-Ark Ark O'Diah, Pro Se Plaintiff, Complainant, Victim, and Claimant. And I am a Citizen of The United States of America, 63 years old Black Male.  And I Certify Under Penalty of Perjury Under the Laws of The United States of America Pursuant to 28 U.S.C. Section 1746, and Says:

**JURISDICTIONAL STATEMENT:**

The Claims in disputes is **$1.4 Billion** pursuant to 18 U.S.C. Section 242; 42 U.S.C. Sections 1983, 1985, 1986; U.S.C.A. Const. Amendments 1, 4, 8 and 14, to U.S. Constitution; Harassment and Discrimination based upon national origin. And Plaintiff sued Defendants in their individual and Official capacities. The claims and amount in dispute **$1.4 Billion** invoked This Court Jurisdiction. And Plaintiff and Defendants are citizens of the United States of America.  Claims not frivolous. And names and Addresses shown below.          **Page 1 of 19**

**DEFENDANTS NAMES AND ADDRESSES:**
RENAISSANCE EQUITY HOLDINGS LLC, OWNER
ISALLA JOH, PROPERTY CONTROLLER
FLATBUSH GARDENS.
1368 NEW YORK AVENUE
BROOKLYN, NY 11210.

WORLD TRADE CENTER HEALTH PROGRAM, AND
CDC-NATIONAL INSTITUTE OF OCCUPATIONAL
SAFETY AND HEALTH, AND DIRECTOR,
PATRIOTS PLAZA 1
395 E STREET, SW, SUITE 9200
WASHINGTON, DC 20201.
Email: WTC@cdc.gov

WTC HEALTH PROGRAM
WILLIAM STREET CLINIC
156 WILLIAM STREET, SUITE 401
NEW YORK, NY 10038.
LHICommunications@logistics@logisticshealth.com

LOGISTICS HEALTH INCORPORATED
3237 AIRPORT ROAD
LA CROSSE, WI 54603.
LHICommunications@logistics@logististicshealth.com

SEPTEMBER 11, 2001 VICTIM COMPENSATION FUND, AND
SPECIAL MASTER
1220 L STREET, NW
SUITE 100-BOX 408
WASHINGTON, DC 20043.
help@vcf.gov

NYC HEALTH + HOSPITALS / MCKINNEY
594 ALBANY AVE.
BROOKLYN, NY 11203.

JAMAICA HOSPITAL MEDICAL CENTER
8900 VAN WYCK EXPRESSWAY
NEW YORK, NY 11418
ATTN: MEDICAL RECORDS OFFICE IN JAMAICA, QUEENS.

**DEFENDANTS LAWYER NAME/ADDRESS:**
HORING WILIKSON ROSEN & DIGRUGILLIER,
P.C.,
11 HILLSIDE AVENUE, WILLISTON PARK
NEW YORK, NEW YORK 11596.

CAPITAL ONE BANK, N.A.
420 COURT STREET
BROOKLYN. NY 11231
bankestateOperations@capitalone.com

NEW YORK CITY DEPARTMENT OF
HOUSING PRESERVATION AND
DEPARTMENT
100 GOLD STREET
NEW YORK, NY 10038

**Pages 2 of 19**

DR. GLENN J. JAKOBSEN                FLATBUSH GARDENS
110-20 JAMAICA AVE.                  FLATBUSH GARDENS MANAGEMENT
JAMAICA, NY 11418,                   FLATBUSH GARDENS SECURITY AND OWNER
                                     1368 NEW YORK AVENUE
DR. ZANE HOFFMAN, DC                 BROOKLYN, NY 11210.
9314 QUEENS BOULEVARD
RIGO PARK, NY 11374.

NYU LANGONE HEALTH PULMONARY AND SLEEP MED-BKLN, AND
BORIS SAGALOVICH, MD.
2408 OCEAN AVENUE
BROOKLYN, NY 11229.

NEW YORK STATE COMMISSIONER OF THE DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION
1220 WASHINGTON AVENUE
BUILDING 9
ALBANY, NY 12226.

JPMORGAN CHASE BANK, N.A.
270 PARK AVE.
NEW YORK, NY 10017

**PLAINTIFF'S NAMES AND ADDRESS:**
AROR-ARK ARK O'DIAH
GLOBAL JUDICIAL WATCH AND WORLDWIDE WITNESSES, INC.
MORAL HEALTH SERVICE SYSTEMS, INC.
3403 FOSTER AVENUE, APT 4B
BROOKLYN, NY 11210-6439.
Phone: (347) 365-1307
Cell:    (347) 622-7252 / (347) 614-8799 / (347) 286-3847
Fax:    (347) 735-4128
Email: aror@timespeedworldwideinfo.com Email: GlobalJudicialWatch@gmail.com

**FACT I:  JOINT RACIALLY MOTIVATED HARASSMENTMENT IN DISGUISE UNDER COLOR OF**
**STATE LAW, VIA BREACHES OF FIDUCIARY DUTIES, INTENTIONAL GROSS RECKLESS DISRGARD**
**FOR LIVES IN BAD FAITH VIA DEPRIVATION OF RIGHTS 18 U.S.C. SECTIONS 242; AND 42 U.S.C.**
**SECTIONS 1983, 1985 AND 1986; AND USCA CONST. AMENDMENTS 1, 8, AND 14.....................**

1.   On September 11, 2001, I, Aror-Ark Ark O'Diah (vcf0157596) and Plaintiff's late Spouse
Yonette Antoinette Grant (vcf0161480) were victims of September 11, 2001, World Trade
Center Terrorists Attacks at the World Trade Center and near the World Trade Center at the
Lower Manhattan in New York City.

2.   As a result of the World Trade Center terrorist attacks on September 11, 2001, Plaintiff Aror-Ark Ark O'Diah, and Plaintiff's late Spouse Yonette Antoinette Grant suffered multiple bodily physical and Mental-Psychological Health Injuries; while we lost 20 of Our Clients who were Tourist visiting the World Trade Center under our Supervision as Their Tour Guides.

3.   While Plaintiff, Aror-Ark Ark O'Diah, and Plaintiff's late Spouse Yonette Antoinette Grant were searching for our missing Clients in the period of September 11, 2001 through June 22, 2006, with the permission of The Port Authority of New York and New Jersey Property Management Plaintiff was falsely arrested and assaulted and cast as terrorist. But as soon The Port Authority of New York and New Jersey found out that Plaintiff was NEVER a TERRORIST, Plaintiff was falsely charged for assaulting Port Authority Police Officers who NEVER had any physical contact with Plaintiff.

4.   On September 11, 2001, and continues thereafter, Plaintiff, Aror-Ark Ark O'Diah, with Plaintiff's Late Spouse Yonette Antoinette Grant went to several Hospitals for medical treatment. But whenever Plaintiff appears at each of the Hospital, Plaintiff was labelled as a Terrorist by The Port Authority of New York and New Jersey solely because Plaintiff, Aror-Ark Ark O'Diah, with Plaintiff's late Spouse Yonette Antoinette Grant and 20 of our Clients were presence at the World Trade Center and Near the World Trade Center on September 11, 2001 where we suffered physical bodily and Mental Psychological Injuries during the World Trade Center Terrorist Attacks, and following the WORLD TRADE CENTER Posttraumatic injuries.

5.   On about September 30, 2001, or soon thereafter, Plaintiff, Aror-Ark Ark O'Diah, with Plaintiff's late spouse Yonette Antoinette Grant submitted complaint before F.E.M.A.. And thereafter, F.E.M.A. encouraged both Plaintiff and Spouse to file claims. But after Plaintiff and Spouse filed claims, Plaintiff, Aror-Ark Ark O'Diah became a victim of Port Authority of New York and New Jersey Department of Police and Police Harassment; whereby, Plaintiff was falsely arrested multiple times on false charges after Police has falsely identified Plaintiff as a terrorist. But false terrorist charges were dropped. And thereafter, Plaintiff was later arrested and falsely charged for assaults of many Port Authority of New York and New Jersey Police Officer who were NEVER presence at the scene, and POLICE OFFICERS had no physical contact with Plaintiff while Plaintiff was searching for the missing body of 20 of our Clients. Only to discovered that false charges were filed against Plaintiff to coerced Plaintiff to drop Plaintiff's claims against F.E.M.A.

6.   On about January 28, 2020, or soon thereafter, Plaintiff Aror-Ark Ark O'Diah, and Plaintiff's late Spouse, Yonette Antoinette Grant, submitted World Trade Center Health Program enrolment application. But Plaintiff's late Spouse enrolment application sent by mail with Plaintiff's own enrolment application in the same envelop was accepted; yet, World Trade Center Health Program alleged that they did not receive Plaintiff's enrolment application.

7.   On about February 4, 2020, Plaintiff, Aror-Ark Ark O'Diah, with Plaintiff's late Spouse, Yonette Antoinette Grant, submitted two applications claims forms in the same envelop against SEPTEMBER 11, VICTIM COMPENSATION FUND.

8.   On about February 20, 2020, SEPTEMBER 11, VICTIM COMPENSATION FUND processed Plaintiff's late Spouse Yonette Antoinette Grant's application claim form but refused to acknowledged the receipt of Plaintiff's claim application, and also refused to process Plaintiff's claim application upon their identification of Plaintiff's national origin, and upon the Defendants false assertions that Plaintiff is a terrorist.  Plaintiff is not a terrorist. And Plaintiff was NEVER a terrorist.

9.   On about February 20, 2020, or soon thereafter, Plaintiff, Aror-Ark Ark O'Diah, resubmitted Plaintiff's claims application against SEPTEMBER 11 VICTIM COMPENSATION FUND, and against WORLD TRADE CENTER HEALTH PROGRAM.

10. On about February 25, 2020, Plaintiff's spouse Yonette Antoinette Grant passed away as Result of multiple physical bodily injuries including COLORECTAL CANCER, OVARIAN CANCER, PELVIC CANCER, STOMACH CANCER, LIVER CANCER, LUNG CANCER, and BREAST CANCER due to September 11, 2001, terrorist attacks and from inhaled microscopic molecular particles and fibers, smelling smokes, radioactive visible and invisible hazardous gases and chemicals caused by DEBRIS and TERRORIST ATTACKS at the WORLD TRADE CENTER.

11. On about Match 30, 2020 or thereafter, The WORLD TRADE CENTER HEALTH PROGRAM, and SEPTEMBER 11 VICITM COMPENSATION FUND CLAIMS PROCESSING CENTER requested for Plaintiff's authorization to obtained Plaintiff's medical records.  And Plaintiff GRANTED THE DEFENDANTS ACCESS TO THE RELEASE OF PLAINTIFF'S MEDICAL RECORDS.

12. On about August 25, 2020, WTC-LOGISTICS INCORPORATED AND WILLIAM STREET CLINIC wrote Plaintiff to informed Plaintiff that all the Hospitals where Plaintiff received medical treatment refused to released Plaintiff's medical records; and as such, Defendants WORLD TRADE CENTER HEALTH PROGRAM via LOGISTICS HEALTH INCORPORATED and WILLIAM STREET CLINIC have decided to discontinue to request for Plaintiff's medical record. But only to discovered that WORLD TRADE CENTER HEALTH PROGRAM VIA LOGISTICS HEALTH INCORPORATED AND WILLIAM STREET CLINIC hide Plaintiff's medical records in bad faith to denied Plaintiff's proper evaluation and review of Plaintiff's medical condition for certification.

13. WTC-LOGISTICS INCORPORATED, AND WILLIAM STREET CLINIC via NYU LANGONE HEALTH falsified Plaintiff's BLOOD PRESSURE, and TEST RESULTS, and destroyed Plaintiff's medical records via retaliatory and discriminatory practices upon their identification of Plaintiff's national origin, and because Plaintiff had filed complaint against JUDICIAL MISCONDUCT THAT ROSE ABOVE JUDICIAL MALPRACTICES TO JUDICIAL HIGH CRIMES against CORRUPTED WICKED RACIST FEDERAL AND STATES JUDGES who hired hard core criminals as

their own HIT MEN and HIT WOMEN planted inside many PRIVATES AND PUBLIC as the Defendants own HIT MEN and HIT WOMEN planted inside many PRIVATES AND PUBLICS ESTABLISHMENTS to targeted, taunted and singled me out to labelled me a WHISTLEBLOWERS via racially motivated deliberate indifference treatment in discriminatory and retaliatory acts.

14. On about October 10, 2020, Plaintiff was sent for preliminary medical assessment and evaluation by the WORLD TRADE CENTER via LOGISTICS HEALTH INCORPORATED and WILLIAM STREET CLINIC.

15. On about November 23, 2020, or soon thereafter, LOGISTICS HEALTH INCORPORATED via WILLIAM STREET CLINIC told Plaintiff that Plaintiff's BLOOD PRESSURE, and BLOOD SAMPLE and URINALYSIS were abnormal. But Plaintiff told Defendants that effective from SEPTEMBER 11, 2001, and thereafter, that Plaintiff has experienced HIGHER BLOOD PRESSURE, ENLARGED RED BLOOD CELL AND HIGH PSA indication of early stages of CANCER. Because Plaintiff have been told by many Medical Doctors that Plaintiff EXPORUE TO RADIOACTIVE CHEMICAL AFFECTED PLAINITFF'S RED BLOOD CELL TO CAUSE ENLARGEMENT OF RED BLOOD CELL AND ENLARGEMENT OF PROSTATE GRAND. Plaintiff also suffered FRACTURED TIBIA, SPRAINED LOWER AND UPPER BACK, and LUMBAR SACRAL SPINE, AND CORPAL TUNER SYNDROM WITH BROKEN RIGHT LEG TOE AND HEAD TRAUMA DUE TO MULTIPLE FALL on September 11, 2001, including burning eyes, sprain knee and fractured intervertebral disc. As a result, Plaintiff have been experiencing periodic recurring shortness of breath, chest pain and heart diseases.

16. On about December 23, 2020, and continues through January 4, 2021, newly discovered evidences shows patterns of obstruction of Justice via discriminatory and retaliatory practices by The WORLD TRADE CENTER HEALTH PROGRAM, and SEPTEMBER 11, 2001 VICTIM COMPENSATION FUND CLAIMS PROCESSING CENTER JOINED BY THEIR HEALTH MEMBERS HOSPITALS which included All The Defendants to denied Plaintiff fair evaluations of Plaintiff's medical records as Defendants membership hospitals were told not to release Plaintiff's medical records in the Defendants concealed attempts to deny certification of Plaintiff's full medical conditions created by WORLD TRADE CENTER TERRORIST ATTACKS on September 11, 2001 in retaliation because Plaintiff had filed complaint against CORRUPTED WICKED RACIST FEDERAL AND STATES JUDGES who hired hard core criminals as their own HIT MEN and HIT WOMEN planted inside many PRIVATES and PUBLIC ESTABLISHMENTS in disguise to murder Plaintiff to deny Plaintiff's claims via retaliations.

17. On January 8, 2021, newly discovered evidences shows that WTC HEALTH PROGRAM via LOGISTICS HEALTH INCORPORATED and WILLIAMS STREET CLINIC encouraged NYU LANGONE HEALTH and the Defendants HEALTH MEMBERS to WITHHOLD Plaintiff's medical records; while, the Defendants jointly refused to properly assessed and evaluate and review Plaintiff's medical conditions in the Defendants joint systemic racist practices upon the identification of the Plaintiff's National origin-NIGERIA; while, the Defendants jointly continue to falsely identified Plaintiff as a TERRORIST; and continue to denied and deprived Plaintiff access to healthcare.

18. On January 8, 2021, newly discovered evidences shows that The WORLD TRADE CENTER HEALTH PROGRAM MEDICAL DOCTOR filed false medical reports about Plaintiff medical conditions, and thereafter, told Plaintiff to go to see NIGERIAN DOCTOR. But Plaintiff told her, Defendant that Plaintiff do not know any NIGERIA DOCTOR in New York. And that was when she Defendant told Plaintiff that she Defendant does not has access to Plaintiff's medical records released to LOGISTICS HEALTH INCORPORATED VIA WILLIAM STREET CLINIC.

19. On January 8, 2021, based upon newly discovered evidence shows that The World Trade Center Health Program via Logistics Health Incorporated and William Street Clinics joined with September 11, Victim Compensation Fund Claims Processing Center, and jointly subjected Plaintiff to deliberate indifference treatment in retaliatory and discriminatory practices in bad faith because Plaintiff had filed CIVIL AND HUMAN RIGHTS VIOLATIONS CLAIMS against CORRUPTED WICKED RACIST FEDERAL AND STATES JUDGES who hired hard core criminals as their HIT MEN and HIT WOMEN planted inside many PRIVATES and PUBLICS ESTABLISHMENTS to harassed Plaintiff, taunted Plaintiff, denied Plaintiff meaningful assessment and evaluations and review of Plaintiff's medical records in the Defendants concealed attempt to denied and deprived Plaintiff the accurate certification of Plaintiff's medical conditions.

20. On January 8, 2021, Plaintiff have been told that only firefighters and Police Officers Medical conditions can be certified; even though, Plaintiff suffered same and similar medical conditions.  Plaintiff have been denied adequate medical assessment and evaluations on the merit for the past 19 years to 20 years medical conditions caused by TERRORIST at the WORLD TRADE CENTER on September 11, 2001, and thereafter. Defendants Policies that GRANT BENEIFTS TO POLICE OFFICERS AND FIREFIGHTER BUT NOT TO PLAINTIFF IS UNCONSTITUTIONAL.  And the Defendants Policies violates U.S.C.A. CONST. AMENDMENT 14.

21. On about January 31, 2016 through December 31, 2020, Defendants RENAISSANCE EQUITY HOLDINGS LLC, Owner and SABELLA JOH, Property Controller, office located at 1368 NEW YORK AVENUE, BROOKLYN, NEW YORK 11210, owe Plaintiff Aror-Ark Ark O'Diah and Plaintiff's Late Spouse Yonette Antoinette Grant, the sum of the amount of **$28,472.00** (Twenty-Eight Thousand, Four Hundred and Seventy-Two U.S. Dollar) being the rent amount EXTORTED from Plaintiff, thus OVER-CHARGES by Defendants, and OVER-PAYMENTS PAID to Defendants by Plaintiff for the period of January 2016 through December 31, 2020, but upon demand for refund, the Defendants in bad faith served Plaintiff 30-day notice of eviction containing false statements that disparages, slander and caused plaintiff pains and suffering for being made  victim of LIBELOUS, DEFAMATION, and DEPRIVATION INJURIES in VIOLATIONS OF PLAINTIFF'S PROTECTED RIGHTS AGAINST DISCRIMINATION via RETALIATORY and SYSTEMIC DISCRIMINATORY PRACTICES IN DISGUISE IN BAD FAITH.

22. On about September 26, 2017, and thereafter to present January 26, 2021, Defendants XINCON HOME-HEALTHCARE SERVICES INC., and NATIONWIDE INSURANCE COMPANY AGREED to pay to Plaintiff before or after the death of Plaintiff's Spouse Yonette Antoinette Grant any amount derived from Xincon Home-Healthcare Services Profit Sharing Plan 063-86474 total

**Pages 7 of 19**

amount on December 31, 2020, **$3,904.48** but upon demand these Defendants in bad faith relied on using systemic joint racially motivated unconstitutional practices upon the identification of Plaintiff's National Origin to obstruction justice with the hope that Somebody might murder the Plaintiff to stop Plaintiff from receiving the **$3,904.48** after Plaintiff's Spouse Yonette Antoinette Grant Death on February 25, 2020.

23. On about September 26, 2017, and thereafter, through February 20, 2020, Plaintiff's late Spouse Yonette Antoinette Grant, and Plaintiff Aror-Ark Ark O'Diah contacted CAPITAL ONE BANK, N.A., in person and by phone to inform CAPITAL ONE BANK, N.A., about Plaintiff's late Spouse Yonette Antoinette Grant's irreparable medical condition.  And thereafter, Plaintiff's Late Spouse Yonette Antoinette Grant formally introduced Plaintiff Aror-Ark Ark O'Diah to CAPITAL ONE BANK, N.A., and Plaintiff's late Spouse Yonette Antoinette Grant further inform CAPITAL ONE BANK, N.A. that it does not looks that she has any more long time to live, and inform CAPITAL ONE BANK, N.A., that she Authorized Plaintiff Aror-Ark Ark O'Diah to CLOSE her SAVINGS and CHECKING BANK ACCOUNTS With CAPITAL ONE BANK, N.A.; and further directed CAPITAL ONE BANK, N.A. to pay to Plaintiff Aror-Ark Ark O'Diah as her Estate Executor while still living, and after her own death as Beneficiary to receive whatever amount in her **SAVINGS $208.55,and CHECKING $2,203.46 to the total sum of $2,408.01** in BANK ACCOUNTS with CAPITAL ONE BANK, N.A.. But Plaintiff's Spouse Yonette Antoinette Grant's Died on February 25, 2020, and Defendant CAPITAL ONE BANK, N.A., continue to FAIL to honor the REQUEST FOR THE CLOSURE of the Plaintiff's late Spouse Yonette Antoinette Grant's SAVINGS and CHECKING BANK ACCOUNTS, and also FAILED to pay to Plaintiff the amount in SAVINGS and CHECKING BANK ACCOUNTS without rational basis via systematic breaches of good faith via obstruction of justice upon the identification of Plaintiff's national origin-NIGERIA.

24. In the period of September 11, 2001, through February 25, 2020, and continues thereafter, to present, Plaintiff's believes and alleges that his late Spouse Yonette Antoinette Grant untimely Death, and Plaintiff's Aror-Ark Ark O'Diah pains and Suffering were caused by the Defendants WORLD TRADE CENTER HEALTH PROGRAM INHUMANE MANAGEMENTS; AND SEPTEMBER 11, 2001, VICTIM COMPENSATION FUND CLAIMS PROCESSING CENTER, AND SPECIAL MASTER INHUMAN AND RETALIATORY AND DISCRIMINATORY MANAGEMENT PRACTICES; AND CDC-NATIONAL INSTITUTE OF OCCUPATIONAL SAFETY AND HEALTH, AND DIRECTOR DISCRIMINATORY PRACTICES; AND NYC HEALTH + HSPITALS / MCKINNEY SYSTEMIC DISCRIMINATORY PRACTICES; AND XINCON HOME-HEALTHCARE SERVICES INC., AND CAPITAL ONE BANK, N.A. DISCRIMINATORY PRACTICES, AND JPMORGAN CHASE BANK, N.A.; AND NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION COMMISSIONER DIRECT AND INDIRECT PARICIPATION IN WIDESPREAD JOINT RACIALLY MOTIVATED SYSTEMIC HARASSMENT PRACTICES IN DISGUISE UNDER COLOR OF STATE LAW DENYING AND DEPRIVED PLAINTIFF ACCESS TO ADEQUATE HEALTHCARE, AND DENIED AND DEPRIVED PLAINTIFF ACCESS TO HIS OWN MEDICAL RECORDS BY FALSIFICATION AND HIDDING MEDICAL RECORDS UPON THE IDENTIFICATION OF PLAINTIFF'S NATIONAL ORIGIN AS STATED ABOVE and BELOW THUS:

**FACTS II: WRONGFUL DEATH, PAINS AND SUFFERING, AND DEPRAVED MEDICAL MALPRACTICES CARRIED OUT IN BAD FAITH IN DISGUISE IN CONCEALMENT VIA JOINT RACIALLY MOTIVATED SYSTEMIC DEPRIVATION OF RIGHTS IN VIOLATION OF TITLE 18 U.S.C. SECTIONS 242; AND TITLE 42 U.S.C. SECTIONS 1983, 1985 AND 1986; AND USCA CONST. AMENDMENTS 1, 8 AND 14, TO THE UNITEDTSTAES CONSTITUTION, AND FACT II, ALLEGED AGAINST ALL THE DEFENDANTS NAMED IN THIS ABOVE-CAPTIONED ACTION AS FOLLOWS:**

25. Plaintiff Aror-Ark Ark O'Diah, incorporated all the facts, and allegations and statement Stated on page number-1 through pages number-8, and from paragraphs numbered-1 through paragraphs number-24, above into this FACTS II, into this paragraphs numbered-25, as if those pleadings were pleaded in this paragraph numbered-25, against all the Defendants named in this above-captioned action.

26. On about September 11, 2001, and continue thereafter through December 12, 2012, And thereafter EXPOSURE TO RADIOACTIVE GASSES AND CHEMICALS AND MICROSCOPIC MOLECULAR FIBERS AND DEBRIS ON SEPTEMBER 11, 2001, DURING AND AFTER THE WORLD TRADE CENTER TERRORIST ATTACKS IN NEW YORK CITY, Both Plaintiff Aror-Ark Ark O'Diah, and Plaintiff's late Spouse Yonette Antoinette Grant, sought medical evaluations, assessment and treatment from the Defendants at the Defendants various Hospital, Clinics, and Medical Centers to particularly requested for COLON SCREENING FOR CANCER, BREAST SCREENING FOR CANCER, BLOOD SCREENING FOR CANCER, URINALYSIS PROSTATE SCREENING FOR CANCER, AND LIVER, STOMACH, PELVIC, LUNG, EYES, NOSE, THROAT, MOUTH CANCERS SCREENING. But Plaintiff and Plaintiff's late Spouse Yonette Antoinette Grant were repeatedly denied and deprived the medical access and procedure without rational basis; instead, the Defendants used racial SLURS TO LABELLED Plaintiff and Plaintiff's Spouse as Terrorist.

27. On about September 11, 2001, and continue thereafter to about December 12, 2012, Plaintiff and Plaintiff's late Spouse were afraid to go to Hospitals, Clinics and Healthcare facilities to complain about September 11, 2001, WORLD TRADE CENTER TERRORIST ATTACKS RELATED INJURIES because every time both Plaintiff and Plaintiff's Late Spouse Yonette Antoinette Grant goes to the Defendants Hospital and Medical Center both were LABELLED and CALLED TERRORIST. And to avoid of being called and labelled terrorist; hence, both Plaintiff and Plaintiff's late Spouse September 11, 2001, WORLD TRADE CENTER TERRORIST ATTACKS RELATED PHYSICAL BODILY INJURIES AND MENTAL HARMS were not timely diagnosed.

28. On about December 12, 2012 or soon thereafter, Plaintiff was diagnosed of having EARLY STAGE OF PROSTATE CANCER at the Defendant NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION MEDICAL CLINIC due to presence of abnormal higher level of PSA. But the Commissioner refused to release Plaintiff's medical record even after Plaintiff have GRANTED AUTHORITIES FOR THE RELEASE OF MEDICAL RECORD. And as a result, Plaintiff's Medical Conditions created by WORLD TRADE CENTER TERRORIST ATTACK remained untreated, and uncertified; and causing Plaintiff additional pains and suffering; and affected Plaintiff's Privates Businesses and Family due to the past 19-years to 20 years delays.

**Page 9 of 19**

29. On about August 12, 2016, or soon thereafter, Plaintiff was informed by the Defendants NEW YORK CITY HEALTH + HOSPITAL via QUEENS HOSPITAL CENTER and ELMHURST HOSPITAL CENTER ABOUT ENLARGEMENT OF PLAINTIFF'S RED BLOOD CELL, AND ENLARGEMENT OF PLAINTIFF'S PROSTATE GLANDS AS EARLY INDICATION OF BLOOD CANCER AND PROSTATE CANCER. Also, Blood was found in the Plaintiff's Colon, and Plaintiff was told that these could be an indication and probability of early development of colorectal cancer.

30. On about June 6, 2009, Plaintiff's late Spouse Yonette Antoinette Grant sought medical Healthcare from Defendants NEW YORK CITY HEALTH + HOSPITAL because she was unable to have bow movement. And she was not having her monthly period.  But NEW YORK CITY HEALTH + HOSPITAL Medical Doctor place her on OVERDOSES OF LAXATIVE PILLS AND CAPSULES AND TABLETS.  But came to a time the OVERDOSES OF LAXATIVE, CAPSULES AND TABLETS were no longer working.  Plaintiff and Plaintiff's late Spouse demanded for COLON SCREENING but were denied; instead, Plaintiff's late Spouse was placed in another brand of LAXATIVE PILLS AND CAPSULES AND TABLETS from June 6, 2009 through June 6, 2017.

31. On about June 6, 2017, Plaintiff's Spouse Yonette Antoinette Grant was unable to get bow movement for eight days; and also, she did not see her monthly period from June 6, 2009 through June 6, 2017. She was rushed to NEW YORK CITY HEALTH + HOSPITAL on June 6, 2017, and that was when she was FIRST diagnosed for Having Four Stages COLORECTAL CANCER, LIVER CANCER, STOMACH CANCER, LUNG CANCER, OVARIAN CANCER, PELVIC CANCER, and BREAST CANCER.

32. On June 6, 2017, through December 10, 2019, Defendant NEW YORK CITY HEALTH + HOSPITAL Medical Doctors gave to Plaintiff late Spouse OVERDOSES OF EXPERIMENTAL CANCER MEDICATION without Plaintiff and Plaintiff's late Spouse knowledge until Plaintiff's late Spouse started to loss appetite for food; thereafter, Plaintiff and Plaintiff's Spouse went to the Defendant NEW YORK CITY HEALTH + HOSPITAL to complain about the side effect of the medication given to Plaintiff's Spouse.  NEW YORK CITY HEALTH + HOSPITAL promised to change the medication but NEVER CHANGE THE MEDICATION.  Even though the medication was not working but the Defendant NEW YORK CITY HEALTH + HOSPITAL continue to give to Plaintiff's late Spouse Yonette Antoinette Grant the same medication that kill Plaintiff's Late Spouse Appetite for food.

33. On December 12, 2019, Plaintiff and Plaintiff's late Spouse discovered that Defendants NEW YORK CITY HEALTH + HOSPITAL was giving Plaintiff's late Spouse WRONG CANCER MEDICATION without Plaintiff and Plaintiff's late Spouse knowledge.

34. On about December 19, 2019, Plaintiff and Plaintiff's late Spouse Apartment has no OPERATABLE APARTMENT HEATER, AND NO OPERATABLE CLEAN WATER, IN THE APARTMENT RENTED TO PLAINTIFF VIA PLAINTIFF'S LATE SPOUSE by Defendants RENAISSANCE EQUITY HOLDINGS LLC, Owner and ISABELLA JOH, PROPERTY CONTROLLER; as a result, Plaintiff's late Spouse contracted Bacteria, and medical condition got worsen.          **Pages 10 of 19**

35. On December 19, 2019, Plaintiff and Plaintiff's late Spouse Contacted Defendant NEW YORK CITY HEALTH + HOSPITAL to request for EMERGENCY AMBULANCE AND FOR ADMISSION. But the Defendant NEW YORK CITY HEALTH + HOSPITAL refused to provide Plaintiff and Plaintiff's late Spouse AMBULLANCE. Plaintiff and his late Spouse contacted NEW YORK CITY AMBULLANCE. And EMERGENCY AMBULLANCE was sent to Plaintiff. But Defendant NEW YORK CITY HEALTH + HOSPITAL told the AMBULLANCE NOT TO BRING PLAINTIFF'S SICK SPOUSE TO THE DEFENDANT'S NEW YORK CITY HEALTH + HOSPITAL. But after about one to two hours negotiations, Plaintiff's late Spouse was granted emergency admission by the Defendant NEW YORK CITY HEALTH + HOSPITAL.

36. On about December 26, 2019, Plaintiff's Spouse was discharged by the Defendant NEW YORK CITY HEALTH + HOSPITAL but before she was discharged, she was told not to return to the Defendant NEW YORK CITY HEALTH + HOSPITAL in the near future on their discriminatory and retaliatory act in bad faith because Plaintiff and Plaintiff's late Spouse had told the Defendant NEW YORK CITY HEALTH + HOSPITAL of their intent to file medical malpractice complaint due to administration of WRONG CANCER MEDICATION IN OVERDOSES AND LAXATIVE OVERDOSES FOR MANY YEARS that kill Plaintiff's Late Spouse appetite for food.

37. On about December 26, 2019, and thereafter, Plaintiff and Plaintiff's late Spouse were denied and deprived medical treatment by the Defendant NEW YORK CITY HEALTH + HOSPITAL at KINGS COUNTY HOSPITAL CENTER. And the Defendant NEW YORK CITY HEALTH + HOSPITAL blacklisted and Blackballed Plaintiff and Plaintiff's late Spouse to the Defendant NEW YORK CITY HEALTH + HOSPITALS MEMBERSHIP HOSPITALS AND CLINICS AND HEALTHCARE FACILITIES.

38. On about December 26, 2019, or soon thereafter, Plaintiff and Plaintiff's Late Spouse contacted the NEW YORK VISITING NURSE SERVICES TO REQUEST FOR HOME CARE NURSING because Defendant NEW YORK CITY HEALTH + HOSPITAL denied and deprived Plaintiff and Plaintiff's late Spouse access to healthcare at their facilities in retaliatory and discriminatory act after Plaintiff and Plaintiff's late Spouse had informed the Defendant NEW YORK CITY HEALTH + HOSPITAL about their GROSS AND RECKLESS DELIBERATE INDIFFERNCE IN RECKLESS DISREGARD TO LIVE by their FAILURE to administer the correct medication, and FAILURE TO TIMELY CARRY OUR CANCER SCREENING PROCEDURES in violations of the rights protected pursuant to Title 18 U.S.C. Section 242; and Title 42 U.S.C. Sections 1983, 1985, and 1986; and USCA Const. Amendments 1, 8, and 14, to the United States Constitution.

39. WHEREFORE, Plaintiff Aror-Ark Ark O'Diah, believes, and alleges that Plaintiff's long pains and Suffering were as results of accumulated physical bodily injuries, cruel and mental torture and punishments; and in addition to WRONGFUL DEATH of Plaintiff's Spouse due to the Defendants direct and indirect medically deliberate indifference and reckless disregard for the Plaintiff and for the Plaintiff's late Spouse in discriminatory and retaliatory practices in bad faith upon the identification of the Plaintiff's national origin-NIGERIA, as already alleged and stated above and as stated in FACTS III, below.

**FACTS III:  JOINT RACIALLY MOTIVATED DISCRIMINATION AND RETALIATION IN HOUSING, IN BANKING, IN PRIVATES AND PUBLICS ESTABLISHMENTS IN DISGUISE VIA USE OF JOINT RACIALLY MOTIVATED 'SYSTEMIC RACISM' PRACTICES BY THE DEFENDANTS JOINTLY TO CONSPIRED UNDER COLOR OF STATE LAW IN DISGUISE IN CONCEALMENT TO AGREE IN MIND TO INJURE PLAINTIFF TO CAUSE PLAINTIFF BODILY PHYSICAL HARMS, ANXIETIES, EMOTIONAL DISTRESS, PAINS AND SUFFERING UPON THE IDENTIFICATION OF PLAINTIFF'S NATIONAL ORIGIN-NIGERIA BY KNOWINGLY AND RECKLESSLY DELIBERATELY MISREPRESENTED PLAINTIFF AND LABELLED PLAINTIFF TO BE A TERRORIST TO DENIED PLAINTIFF HOUSING, BANKING, FREEDOM OF MOVEMENTS, ASSOCIATIONS, EXPRESSIONS, LIBERTY, PROPERTY, FAITH BUT IN SYSTEMATIC VIOLATION OF PLAINTIFF'S RIGHTS PROTECTED UNDER TITLE 18 U.S.C SECTION 242; AND TITLE 42 U.S.C. SECTIONS 1983, 1985 AND 1986; AND USCA CONST. AMENDMENTS 1, 8, AND 14, TO U.S. CONSTITUTION, AND ADDITIONAL STATEMENT BELOW:**

40. Plaintiff Aror-Ark Ark O'Diah, incorporated all the facts, and allegations and statements Stated on page numbered-1 through pages numbered-11, and in paragraphs numbered-1 through paragraphs numbered-39, above into this FACT III, and into this paragraphs numbered-40, as if those pleadings were pleaded in this paragraph numbered-40, against all the Defendants named in this above-captioned action.

41. On about November 19, 2019, or soon thereafter, Plaintiff and Plaintiff's late Spouse Separately Requested for Housing Information from The Defendant New York City Department of Housing Under SECTION 8 PROGRAM. And the Defendant New York City Department of Housing sent Application with information to Plaintiff's late Spouse Yonette Antoinette Grant but did not even acknowledged Plaintiff's request for the same Housing information application under SECTION 8.  At that period of time, Plaintiff and Spouse NEVER disclose their relationship.

42. On about November 28, 2019, Plaintiff and Plaintiff's late Spouse went to The New York City Department of Housing under SECION 8 Division located at 100 Gold Street, New York, New York 10038 to request for more information about SECTION 8 Housing.  Plaintiff's late Spouse was given all necessary information but Plaintiff was told by the Defendant New York City Department of Housing under SECTION 8 that the Housing Department under SECTION 8 no longer provide application, and no longer accept application. But they just provided information and application to Plaintiff's late Spouse who does not have the same last name with Plaintiff.

43. On about November 29, 2019, through December 31, 2019, Plaintiff's late Spouse Yonette Antoinette Grant added Plaintiff's name into the Defendants New York City Department of Housing RENEWAL LEASE under SECTION 8 PROGRAM, and into RENTAL LEASE RENEWAL issued by Defendant Renaissance Equity Holdings LLC, Owner, and Isabella Joh, Property Controller but Plaintiff's late Spouse Yonette Antoinette Grant was told to remove Plaintiff's name from the LEASE UNDER SECTION 8, and Plaintiff's late Spouse complied after Plaintiff's late Spouse was told by these Defendants that any Rental Lease Application and Renewal containing Plaintiff's name would not be accepted unless Plaintiff have disability with insufficient earned income. But Plaintiff has disability with insufficient earned income; yet, Defendants denied Plaintiff's rental application with addition of Plaintiff's name.  **Page 12 of 19**

44. On January 25, 2020, or soon thereafter, Plaintiff's late Spouse Yonette Antoinette Grant contacted Defendants New York City Department of Housing Under SECTION 8 PROGRAM, and Defendants Renaissance Equity Holdings LLC, Owner, and Isabella Joh, Property Controller to inform them to include Plaintiff's name in THE SECTION 8 ANNUAL RENEWED LEASE to enable the Plaintiff retain the APARTMENT located at 3403 FOSTER AVENUE APT 4, BROOKLYN, NY 11210 after Plaintiff's late Spouse Medical Conditions becomes irreversible, and Plaintiff's late Spouse told the Defendants that Plaintiff is her Spouse, and Plaintiff is the person actually paying the rent for the apartment located at 3403 FOSTER AVENUE, APT 4, BROOKLYN, NY 11210 from initial LEASE to the present LEASE. Plaintiff' late Spouse was told by Defendants that Plaintiff's name has been added under SECTION 8 LEASE BY SECTION 8, also into the LEASE under SECTION 8 By RENAISSANCE EQUITY HOLDINGS LLC.

45. On about February 25, 2020, Plaintiff's late Spouse Yonette Antoinette Grant died after the Defendant RENAISSANCE EQUITY HOLDINGS LLC, OWNER, and ISABELLA JOH, PROPERTY CONTROLLER maliciously shutdown apartment heater, and turn off clean water, which was thereafter turned into muddy unclean water; yet, Defendants received rent payment on February 19, 2020, that covered the period of February 19, 2020 through March 19, 2020.

46. On about March 18, 2020, or soon thereafter, Plaintiff contacted the Defendants NEW YORK CITY DEPARTMENT OF HOUSING UNDER SECTION 8 PROGRAM, and Defendants RENAISSANCE EQUITY HOLDINGS LLC, OWNER, and ISABELLA JOH, PROPERTY CONTROLLER to inform them that Plaintiff's Spouse died on February 25, 2020.

47. On about March 25, 2020, or soon thereafter, Defendants RENAISSANCE EQUITY HOLDINGS LLC, OWNER, and ISABELLA JOH, PROPERTY CONTROLLER and MANAGEMENT told Plaintiff to bring the DEATH CERTIFICATE of Plaintiff's late Spouse with Valid Photo Identification Card to the Defendants Office located at 1368 NEW YORK AVENUE, NEW YORK 11210. And Plaintiff complied. And thereafter, The Defendants told Plaintiff to bring Letters mailed to the Plaintiff in the last two to four years to show that Plaintiff has been residing with Plaintiff's late Spouse in the apartment located at 3403 FOSTER AVENUE APT 4, BROOKLYN, NY 11210 in the past two to four years. And Plaintiff complied. Thereafter, Plaintiff was told by the Defendants that it will take Defendants about FIVE DAYS TO TRANSFER RENTAL LEASE TO PLAINTIFF'S NAME. And Plaintiff Accepted.

48. On about March 28, 2020, Defendants RENAISSANCE EQUITY HOLDINGS LLC, OWNER AND ISABELL JOH, PROPERTY CONTROLLER, told Plaintiff that Plaintiff's late Spouse Owe a balance rent in the amount of **$1,131.78**, and that unless this money is paid before or on April 28, 2020 that RENTAL LEASE WILL NOT BE TRANSFER TO PLAINTIFF'S NAME. On April 27, 2020, Plaintiff Aror-Ark Ark O'Diah, paid these Defendants **$1,131.78**.

49. On about May 20, 2020 through June 28, 2020, Plaintiff received two certified mails having contents dated April 23,2020, May 14, 2020, June 5, 202, June 16, 2020, from Defendants RENAISSANCE EQUITY HOLDINGS LLC, OWNER and ISABELLA JOH, PROPERTY CONTROLLER demanding for another **$5,135.95** from Plaintiff.          **Pages 13 of 19**

50. On about June 5, 2020, through June 16, 2020, Defendants RENAISSANCE EQUITY HOLDINGS LLC, OWNER and ISABELLA JOH, PROPERTY CONTROLLER told the Plaintiff that RENTAL LEASE RENEWAL and SECTION 8 PROGRAM LEASE will not be transfer to Plaintiff name unless Plaintiff pay them additional **$5, 135.95** requested by Defendants NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION & DEVELOPMENT.  Plaintiff disputed these additional charges.  On May 22, 2020, Defendants extorted from Plaintiff **$2,408.99** by threats.

51. But on about February 21, 2020, Defendant NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION & DEPARTMENT sent NOTICE OF RENT BREAKDOWN UNDER SECTION 8 PROGRAM to Plaintiff's late Spouse and to Plaintiff. And according the NOTICE UNDER SECTION 8 PROGRAM directed the Plaintiff's late Spouse and Plaintiff not to pay Defendants RENAISSANCE EQUITY HOLDINGS LLC, OWNER and ISABELLA JOH, PROPERTY CONTROLLER more than **$263.00.**  And Defendant RENAISSANCE EQUITY HOLDINGS LLC, OWNER AND ISABELLA JOH, PROPERTY CONTROLLER were instructed and directed to charge Plaintiff's late Spouse and Plaintiff **$263.00** per month rent.

52. On about April 1, 2020, Defendant RENAISSANCE EQUITY HOLDINGS LLC, OWNER and ISABELLA JOH, PROPERTY CONTROLLER, filed ANNUAL APARTMENT REGISTRATION 2020 UNDER BULDING REGISTRATION NUMBER-303073 where the Defendants reported to STATE OF NEW YORK DIVISION OF HOUSING AND COMMUNITY RENEWAL RENT REGISTRATION UNIT, GERTZ PLAZA, 92-31 UNION HALL STREET, JAMAICA, NY 11433 that Defendants only collected **$285.08** monthly rent effective from April 1, 2020, WHICH REMAINED AS INTENTIONAL FALSIFICATION FILING AND REPORT.

53.  Defendants RENAISSANCE EQUITY HOLDINGS LLC, OWNER AND ISABELLA JOH, PROPERTY CONTROLLER, has been collecting **$1,631.80** per month rent from the Plaintiff but not **$263.00,** and not **$285.08** that has been FALSELY declared by the Defendants in bad faith.

54. On about June 16, 2020, Defendants RENAISSANCE EQUITY HOLDINGS LLC, OWNER and ISABELLA JOH, PROPERTY CONTROLLER told Plaintiff that after Plaintiff's late Spouse died on February 25, 2020, that Defendants NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION & DEVELOPMENT demanded for the refund of the rent paid UNDER SECTION 8 PROGRAM in the total amount of **$5,135.95** in period of February 25, 2020 through May 30, 2020.  But upon independent investigation, and newly discovered evidence show that there existed the patterns of fraud and extortion by Defendants in disguise under color of state law.

55. On about January 8, 2021, newly discovered evidences shows that Defendants RENAISSANCE EQUITY HOLDINGS LLC, OWNER AND ISABELLA JOH, PROPERTY CONTROLLER conspired with JPMORGAN CHASE BANK, N.A., in disguise via discriminatory and retaliatory acts in bad faith under color of state law to targeted, taunted, harass, threaten, and subjected Plaintiff to pains and suffering where Defendants JPMORGAN CHASE BANK, N.A. denied and deprived to issued to Plaintiff DEBIT CARD in Plaintiff's correct name; and as a result, Plaintiff has been denied liberty, freedom of movements, associations, property,  faith because Plaintiff has been WRONGLY LABELLED and CALLED TERRORIST by the Defendants jointly. **Page 14 of 19**

**FACTS IV:  JOINT RACIALLY MOTIVATED DEPRIVATION OF RIGHTS VIA OPPRESSIONS, SUPPRESSION, UNEQUAL PROTECTION, UNEQUAL TREATMENT, RETALIATION, INTIMIDATION, THREATS, COERCIONS, PERSONAL INJURIES, DEFAMATION, FRAUD, SLANDER, LIBEL, EXTORTIONS, DELIBERATE INDIFERENCE, RECKLESS DISREGARD FOR LIVE AND FOR THE U.S. CONSTITUTION, IN DISGUISE IN VIOLATIONS OF THE WHISTLEBLOWER PROTECTION ACT IN BAD FAITH VIA DEPRIVATION OF CIVIL AND HUMAN RIGHTS VIA CRUEL AND UNUSUAL PUNISHMENTS IN DISGUISE UNDER COLOR OF STATE LAW UPON THE IDENTIFICATION PLAINTIF'S NATIONAL ORIGIN-NIGERIA BUT IN SYSTEMATIC VIOLATIONS OF PLAINTIFF'S RIGHTS PROTECTED UNDER TITLE 18 U.S.C. SECTION 242; AND TITLE 42 U.S.C. SECTIONS 1983, 1985, AND 1986; AND USCA CONST. AMENDMENTS 1,4,8, AND 14, TO U.S. CONSTITUTION, AS ALREADY PLEADED, AND AS ALSO STATED BELOW AGAINST ALL THE DEFENDANTS:**

56. Plaintiff Aror-Ark Ark O'Diah, incorporated all the facts, and allegations and statements stated on page numbered-1 through pages numbered-14, and in paragraph numbered-1 through paragraphs numbered-55 above into this FACTS IV, and into this paragraphs numbered-56, as if those pleadings were pleaded in this paragraph numbered-56, against all the Defendants named in this above-captioned action.

57. On about October 10, 2020, through January 28, 2021, and continues thereafter to present, the Defendants named in this above captioned action AGREED IN DISGUISE IN CONCEALMENT under color of State Laws via unconstitutional conspiracies to falsified Plaintiff's BLOOD PRESSURE and OTHER MEDICAL TESTS RESULTS, and also refused to RELEASED PLAINTIFF'S MEDICAL RECORDS, AND ALSO WITHHELD FULL DISCLORUE OF PLAINTIFF'S MEDICAL RECORDS AND INFORMATION, AND HIDES PLAINTIFF'S MEDICAL RECORDS, and denied to REFUND AND PAY PLAINTIFF'S MONEY, and further subjected Plaintiff's medical reviews and certification to deliberate indifference via joint RACIALLY MOTIVATED DISPARITIES treatment in retaliatory acts via systemic discriminatory practices and deliberate misrepresentation via medically deliberate indifference upon the identification of Plaintiff's national origin after the Defendant's used racial slurs to defamed, slandered, threaten, intimidated, defrauded, extorted, coerced, retaliated, discriminated denied and deprived this Plaintiff constitutional rights via oppression, suppression that amounted to unequal protection by deprivation of civil and human rights by labelling this Plaintiff a terrorist and whistleblower but in violation of the Whistleblower Protection Act.

58. On about June 16, 2020, and continues through January 28, 2021 and thereafter to Present, Defendants NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT UNDER SECTION 8 PROGRAM, Jointly colluded via unconstitutional conspiracies to agree in mind to influenced Defendant RENAISSANCE EQUITY HOLDINGS LLC, OWNER AND ISABELLA JOH, PROPERTY CONTROLLER at the influences of ALL THE DEFENDANTS NAMED IN THIS ABOVE-CAPTIONED ACTION to lured and encouraged Defendants FLATBUSH GARDENS to dispatched their PRIVATE SECURITY GUARD to Plaintiff's Apartment located at 3403 FOSTER AVNUE APT 4B, BROOKLYN, NY 11210, to attempted multiple times to EVICT PLAINTIFF FROM THE APARTMENT  on false charges that Plaintiff illegally occupied the Apartment, and that

Plaintiff owe Rent, and caused this Plaintiff pains and suffering, anxieties, and emotional distress, due to threat of irreparable harm inflicted by the Defendants to cause Plaintiff aggravated physical, emotional, defamation, slanderous, and libelous injuries via fraudulence and malicious intent in bad faith in disguise under color of state law upon the identification of Plaintiff's national origin-NIGERIA.

**AND NOW COMES PLAINTIFF AROR-ARK ARK O'DIAH'S CLAIMS AGAINST EACH AND ALL AND EVERY DEFENDANTS NAMED IN THIS ABOVE-CAPTIONED ACTION NAMED JOINTLY, AND NAMED SEPARATELY, AND NAMED AND SUED IN THEIR INDIVIDUAL AND IN THEIR OFFICIAL CAPACITIES AS CLAIMS SUMMARIZED BELOW:**

**BRIEF SUMMARY OF CLAIM SOUGHT:** NEWLY DISCOVERED EVIDENCES SHOWS THAT ON ABOUT SEPTEMBER 11, 2001, THROUGH JANUARY 28, 2021, AND CONTINUES THEREAFTER TO PRESENT WITHOUT STOP, EACH OF THE DEFENDANT NAMED IN THIS ABOVE-CAPTIONED ACTION PARTICIPATED IN DISGUISE TO CARRY OUT WIDESPREAD JOINT RACIALLY MOTIVATED SYSTEMIC HARASSMENT UNDER COLOR OF STATE LAW TO CAUSED PLAINTIFF PHYSICAL AND FINANCIAL AND ECONOMIC AND PRIVATE BUSINESSES DAMAGES AND EMOTIAL DISTRESS INJURIES VIA UNCONSTITUTIONAL POLICIES UNCONSTITUTIONALLY ADOPTED, SANCTIONED, IMPLEMENTED AND ENFORCED AS PRACTICED CUSTOM USED TO TARGETED, TAUNTED AND SINGLED OUT THIS PLAINTIFF THAT VIOLATED PLAINTIFF'S EQUAL PROTECTION RIGHTS PURSANT TO U.S.C.A. CONST. AMENDMENTS 1, 4, 8 AND 14, TO U.S. CONSTITUTION, AND 18 U.S.C. SECTIONS 242, AND 42 U.S.C. SECTIONS 1983, 1985 AND 1986 VIA OBSTRUCTION OF JUSTICE AND FAILURE TO PREVENT, AND PLAINTIFF WHEREFORE, SEEK THE AMOUNT OF $100 MILLION CLAIMS AGAINST EACH DEFENDANT NAMED IN THIS ABOVE-CAPTIONED ACTION, AND RELIEF SOUGHT BY PLAINTIFF'S ARE SHOWN BELOW:

**RELIEFS SOUGHT AGAINST EACH DEFENDANT NAMED IN THIS ABOVE-CATIONED ACTION:**

WHEREFORE, I, Aror-Ark Ark O'Diah /a/k/a/ AROR-ARK ARK O'DIAH, request, pray and

demand for Award in the amount of $100 Million against each of the Defendant named in this

above-captioned action as follows below:

(1) Relief sought against Defendant New York City Department of Housing……$100 Million


(2) Relief sought against Defendants Renaissance Equity Holdings LLC, Owner

Isabella Joh, Property Controller jointly………………………………………………….=$100 Millions

(3) Relief sought against Defendants World Trade Center Health Program,

And CDC-National Institute of Occupational Safety and Health, and

Directors Jointly.....................................................................................=$100 Millions

(4) Relief sought against Defendants NYC Health + Hospital / Mckinney.........=$100 Millions

(5) Relief sought against Defendant Jamaica Hospital Center............................=$100 Millions

(6) Relief sought against Defendant Dr. Glenn J. Jakobsen................................=$100 Millions

(7) Relief sought against Defendant Dr. Zane Hoffman.....................................=$100 Millions

(8) Relief sought against Defendant Capital One Bank, N.A...............................=$100 Millions

(9) Relief sought against Defendants New York State Commissioner of the

Department of Corrections and Community Supervision..............................=$100 Millions

(10)       Relief sought against Defendant Logistic Health Incorporated, and

William Street Clinic jointly..............................................................=$100 Million

(11)       Relief sought against Defendant September 11, 2001, Victim

Compensation Fund, and Special Master jointly...........................................=$100 Millions

(12)       Relief sought against Defendant JPMorgan Chase Bank, N.A.,.......=$100 Millions

(13)       Relief sought against Defendant NYU Langone Health Pulmonary

And Sleep Med-Bkln and Boris Sagalovich, MD., jointly.............................=$100 Millions

(14)       Relief sought against Defendants Flatbush Gardens, and

Managements jointly,.......................................................................................=$100 Millions

## SUB-TOTAL SUM OF MONEY RELIEF SOUGHT AGAINST DEFENDANTS..............=$1.4 Billion

## ADDITIONAL RELIEF SOUGHT AGAINST DEFENDANTS IN LETTER FROM (n)-(p)

(1) Additional relief sought against Defendant Renaissance Equity Holdings LLC,

Owner and Isabella Joh, Property Controller....................................................................$28, 472.00

(2) Additional relief sought against Defendants Flatbush Gardens

Security And Owner.........................................................................................................$10, 003,904.48

(3) Additional relief sought against Defendant Capital One Bank, N.A....................=$2,408.01

**TOTAL SUM OF ADDITIONAL MONEY RELIEFS SOUGHT AGAINST**

**DEFENDANTS ..........................................................................................................=$10,034,784.49**

**TOTAL SUM OF MONEY RELIEF SOUGHT AGAINST DEFENDANTS STATED BELOW:**
WHEREFORE, I, Aror-Ark Ark O'Diah, hereby sought the total sum of the amount of One Billion, Four Hundred Ten Million, Thirty-Four Thousand, Seven Hundred U.S. Dollars Plus Forty-Nine Cents Against Each and All Defendants, Separately, and Jointly, in Their Individual and Official Capacities.

**INJUNCTIVE RELIEFS SOUGHT AGAINST ALL THE DEFENDANTS STATED BELOW:**
Injunctive Reliefs to barred the Defendants from harassing the Plaintiff, and stop the

Defendants from evicting the plaintiff from Plaintiff's Apartment without rational basis in law

and fact. And FURTHERMORE, Plaintiff request, pray and demand for the refund of overpaid

rent in the total sum of the amount of $28, 472.00 (Twenty-Eight Thousand, Four Hundred,

Seventy-Two U.S. Dollar) against RENAISSANCE EQUITY HOLDINGS LLC, OWNER AND ISABELLA

JOH, PROPERTY CONTROLLER.  FURTHERMORE, Plaintiff request, pray and demand that The

Court Force the Defendants to release Plaintiff's Medical Records in Completeness and in

Totality. Plaintiff Request, pray and demand that Plaintiff Be GRANTED equal rights to self-

representation on his behalf and Personal Representation of his late Spouse Yonette Antoinette

Grant at the September 11, 2001, Victim Compensation Fund Claims Processing Center Forums

in claims numbers vcf0157596 and vcf0161480 where Plaintiff is a victim and claimant, and also

Personally appeared as a Personal Representative.  On January 18, 2021, Defendants

RENAISSANCE EQUITY HOLDINGS LLC, OWNER and ISABELLA JOH,  Property Controller told

Plaintiff that they have not received the months of October, November and December 2020,

rent but newly discovered evidence shows the Defendants received rents.     **Pages 18 of 19**

**TRIAL BY JURY DEMANDED**:

FURTHERMORE, Plaintiff Aror-Ark Ark O'Diah, Demand for Trial by Jury.

**CONCLUSION**:

WHEREFORE, I, Aror-Ark Ark O'Diah, HEREBY request, pray, and demand that This Honorable Court GRANT All the reliefs sought for the Interest of Justice based on the verifiable excerpt of exhibits as evidences attached.  FURTHERMORE, Plaintiff request that he be allowed to file this above-captioned action in this Court because this Court has jurisdiction over the issue and claims sought in this above-captioned action, and this above-captioned action is not frivolous. Plaintiff motion requesting for permission to file this Civil Rights Action is enclosed.

**I CERTIFY UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. Section 1746.**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) |
| COUNTY OF KINGS | ) |
| | ) |
| SUBSCRIBE AND SWORN TO BEFORE ME | ) |
| ON THE___ 2 8 _____DAY, OF | ) |
| JANUARY, YEAR 2021 | ) |
| | ) |
| | ) |
| | ) *Aror-Ark Ark O'Diah* |
| Signature_*Roman Babachlanc*_ | ) Aror-Ark Ark O'Diah, Pro Se Plaintiff, |
| NOTARY PUBLIC | ) GLOBAL JUDICIAL WATCH AND |
| | ) WORLDWIDE WITNESSES, INC. |
| | ) MORAL HEALTH SERVICE SYSTEMS, INC. |
| My Commission Expire_04/27/2024_ | ) 3403 FOSTER AVENUE, APT 4B |
| | ) BROOKLYN, NY 11210-6439. U.S.A. |
| | ) PHONE: (347) 365-1307 |
| BABADZHANOV ROMAN | ) CELL:    (347) 614-8799 |
| Notary Public, State of New York | ) FAX:     (347) 735-4128 |
| Reg. No. 01BA6406990 | ) Email: aror@timespeedworldwideinfo.com |
| **SEAL:** Qualified in Queens County | ) Email: GlobalJudicialWatch@gmail.com |
| Commission Expires April 27, 2024 | ) |

**UNITED STATES POSTAL SERVICE ®**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

**NOT NEGOTIABLE**

Pay to  CLERK, U.S. DISTRICT COURT
Address  225 CADMAN PLAZA EAST,
BROOKLYN, NY 11201,
CIVIL ACTION FILING FEES,

KEEP THIS
RECEIPT FOR
YOUR RECORDS

Serial Number
26864277838

Year, Month, Day
2021-01-26

Post Office
112262

Amount
$402.00

Clerk
16

**UNITED STATES POSTAL SERVICE ®**

**POSTAL MONEY ORDER**

Serial Number
26864277838

Year, Month, Day
2021-01-26

Post Office
112262

U.S. Dollars and Cents

Amount   Four Hundred Two Dollars and 00/100 ********

$402.00

Pay to  CLERK, U.S. DISTRICT COURT
Address  225 CADMAN PLAZA EAST
BROOKLYN, NY 11201
Memo  CIVIL ACTION Filing Fee.

From  Rev. Ark Ark O'Diah
Global Judicial Watch and
Worldwide Witnesses Inc
3409 Foster Ave. 4B
Brooklyn, NY 11210

Clerk
16

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

:000000800 2:   26864 277838"

1

<u>THIRTY (30) DAY NOTICE TO QUIT TO LICENSEES</u>

TO:  AROR-ARK ARK O'DIAH, "JOHN DOE" and "JANE DOE", Occupants
3403 Foster Avenue, Apt. 4B
Brooklyn, New York 11210

SUBJECT PREMISES:      3403 Foster Avenue, Apt. 4B
Brooklyn, New York 11210

Additional copies were hand-delivered and sent by next-day mail service to the Department of
Housing Preservation and Development, 100 Gold Street, New York, New York 10038.

PLEASE TAKE NOTICE, that the undersigned is the Owner of the premises known as 3403
Foster Avenue, Apt. 4B, Brooklyn, New York 11210, situated within the County of Kings and State of
New York. As you are a licensee, whose license has expired and/or whose license has been revoked by
the licensor, you are no longer entitled to possession of the above-described premises. You are therefore
being given notice that you must vacate and remove yourself from possession of the premises in
accordance with this notice.

PLEASE TAKE FURTHER NOTICE that the facts supporting the above allegations are as
follows:

The former tenant of record of the subject premises, Yonette Grant, may have granted you a
license to occupy the premises for a limited period of time. However, Yonette Grant passed away on or
about February 25, 2020, and therefore, your license to occupy the subject premises has expired.

Upon information and belief, you do not have the right to succeed to the tenancy of Yonette
Grant, and therefore, upon the death of Yonette Grant, your license to occupy the subject premises has
expired. Accordingly, your continuance in occupancy of the said premises is without the permission of
the undersigned Owner or anyone entitled to possession thereof and any license you may have been
given is hereby revoked.

PLEASE TAKE FURTHER NOTICE you and all other persons occupying said premises are
hereby required to quit the same and surrender possession thereof to the undersigned on or before
<u>FEBRUARY 28, 2021</u>.

PLEASE TAKE FURTHER NOTICE if you fail to vacate the subject premises and surrender
possession thereof as demanded by this Notice, the undersigned Owner will commence summary
proceedings under the Statute to remove you from said premises.

PLEASE TAKE FURTHER NOTICE that you are being given at least thirty days' notice to
vacate pursuant to Section 4024(c) of the Coronavirus Aid, Relief, and Economic Security ("CARES")
Act.

Dated: Nassau County, New York

**2**

January 12, 2021

RENAISSANCE EQUITY HOLDINGS LLC, Owner

*Isabella Joh*

By: Isabella Joh, Property Controller

Any inquiries regarding this Notice should be addressed in writing to Horing Welikson Rosen & Digrugilliers, P.C., 11 Hillside Avenue, Williston Park, New York 11596.

**3**

**NYC**
Department of
Housing Preservation
Development

Office of Neighborhood Strategies
Division of Tenant Resources
100 Gold Street
New York, N.Y. 10038

Yonette Antoinette Grant
3403 Foster Avenue
Suite 4B
Brooklyn, NY 11210

**Contact Information:**
NYC Dept. of Housing Preservation and Development
Attn: Continued Occupancy Unit
100 Gold Street - Rm. 1M10
New York, NY 10038

February 21, 2020

## RENT BREAKDOWN

Dear Yonette Antoinette Grant:

The Department of Housing Preservation and Development (HPD) has completed a certification of your eligibility for Section 8 housing assistance, in compliance with federal regulations. Below is your rent breakdown; your family composition is located toward the end of this letter. <u>The effective date of this action is March 1, 2020 and is based on Annual Reexamination.</u>

| | |
|---|---|
| Contract Rent: | $ 1,471.75 |
| Your Share: | $ 263.00 |
| HPD Share: | $ 1,208.75 |

If there are any changes to your household income during the year you must report the change at 〈 next annual recertification so that your share of the rent may be adjusted. You may also notify HPD of any reductions to your household income *before* your next annual recertification and HPD will process an interim recertification. If there are any changes in household composition, you must report it within 30 days of the change.

HPD calculated your share of the rent based on the information you provided in your recertification package and one or more independent sources were used to verify that information.

Your landlord will be informed of these new amounts and the effective date of the change. Please note:

- If you have been paying more than your share of the rent since the effective date of this change, please contact your landlord to reconcile your account.

- If the effective date of this change occurs in the past, be advised that you are only responsible for any increases to your share beginning the first of the month following 30 days after February 21, 2020. (For example, if you received this letter on June 20th, you will be responsibile for paying your increased share on August 1st.)

If you have any questions, or need assistance understanding this letter in a language other than English, please call the Client Services unit at (917) 286-4300.

If you disagree with how HPD calculated your rent share, please write us at the above address within 30 days and include a copy of this letter.

Sincerely,

Emmanuel Nunez
Section 8 Representative

### IMPORTANT:

*If* the HPD share of the rent is equal to zero ($0.00), you will be automatically terminated from the Section 8 program. If your income, household composition, or rent changes prior to 8/28/2020 causing you to require a subsidy, you may contact HPD and your case will be reviewed. If the HPD share does not equal zero, this does not apply to you.

*If* you have previously received a Notice of Subsidy Termination and are either waiting for an informal hearing or a decision from your informal hearing, receiving this letter does not mean that your termination has been reversed. You will be notified of the d------- from your infor- hearing in a sep- notice. If you d- attend the infor- hearing, you wi- automatically te--------- from the Section 8 program

**Family Composition:**

| Last Name | First Name |
|---|---|
| Grant | Yonette |

State of New York Division of Housing and Community Renewal
Rent Registration Unit, Gertz Plaza, 92-31 Union Hall Street, Jamaica, NY 11433

## Annual Apartment Registration 2020

NOTICE: IMPORTANT TENANT INFORMATION ON OTHER SIDE OF FORM

DHCR website: www.nyshcr.org

**1. Building Registration Number**   303073

**2a. Tenant in Occupancy on 4/1/2020**   ☐ Vacant

YONETTE GRANT

☐ Tenant succeeded to apartment after 6/19/1997

**2b. Not-for-Profit (Homeless Unit)**

☐ Not-for-Profit (Homeless Unit)

Not-for-Profit Service Provider

**3. Apartment Street Address**

3403 FOSTER AVE

**4. Apartment Number**

4B

**5. City, Town or Village**   BROOKLYN   NY   11210

**6. ZIP Code (plus 4)**

**7a. If this apartment is temporarily exempt, indicate reason below**

☐ Transient Occupancy in Hotel/SRO
☐ Commercial/Professional
☐ Not-for-Profit (Non-Homeless Unit)
☐ Owner Occupied
☐ Employee
☐ Other

**7b. If this Apartment became permanently exempt since 2019 Registration, indicate effective date and reason below:**

Effective Date of Exemption:

☐ High Rent Vacancy - indicate Last Legal
Regulated Rent _____ per ☐ Month ☐ Week
☐ High Rent/High Income
(DHCR has issued a final order exempting apartment)
☐ Coop/Condo Occupied by Owner or Non-Protected Tenant
☐ Substantial Building Rehabilitation
☐ Other: _____

Qualifying Expiration of:

☐ Sec 11-243 or 11-244 (J-51)   ☐ Sec 608   ☐ Sec 421-a

**14. Owner / Managing Agent**

☒ Owner   ☐ Managing Agent   ☐ Coop / Condo Owner

RENAISSANCE EQUITY RENAISSANC
4611 12TH AVE
SUITE 1L
BROOKLYN, NY   11219

**8a. Legal Regulated Rent on 4/1/2020**

$1,581.93   per   ☒ Month   ☐ Week

☐ 421-a Income Restricted Unit *   ☐ 421-a Market Rate Unit

* This 421-a Income Restricted Unit is reserved for individuals or families whose incomes at the time of initial occupancy do not exceed _____ % of the area median incomes, as adjusted for family size.

**8b. Preferential rent in effect on 4/1/2020**

$1,493.83   per   ☒ Month   ☐ Week

**9. Other Adjustments:**

☐ SCRIE   ☐ DRIE   ☐ DHCR Rent Reduction Order
☒ Section 8   ☐ Appliance Surcharge
☐ Other: _____

Enter Actual Payment by Tenant on 4/1/2020 (if different than 8a. and 8b.)

$285.08   per   ☒ Month   ☐ Week

**10. Lease in effect on 4/1/2020**   ☐ None

Began On   1/1/2020   Expires On   12/31/2020

**11. Rent has changed since 2019 registration due to:**

☐ Second Succession   ☒ Lease Renewal   ☐ Vacancy Lease   ☐ 421-a (2.2%)

**12. Rent changes since 2019 registration due to DHCR rent adjustment order(s):**

☐ Major Capital Improvement   ☐ Fair Market Rent Appeal   ☐ Rent Overcharge   ☐ Hardship

**13. Rent changes since 2019 registration due to Individual Apartment Improvements:**

Effective Date (Date of first collection): _____
Monthly Rent Increase: _____   Total Cost: _____
Reason for Increase:
☐ Stove   ☐ Refrigerator   ☐ Dishwasher
☐ A/C   ☐ Windows
☐ Other
Notification Submitted to DHCR: _____
Informed Consent Submitted to DHCR: _____
Date Notification / Informed Consent Submitted to DHCR: _____

**5**

PARA INFORMACION EN ESPANOL, VEA RESPALDO DE ESTA FORMA
RR-2A (2020) - Electronic Filing

**From:** An Dong Wang
**Sent:** Wednesday, November 18, 2020 10:28 AM
**To:** Aror Ark O'Diah
**Cc:** aror@timespeedworldwideinfo.com
**Subject:** Re: Subject: Please Re-Confirm If You Received Attachment Sent Today 11-18-2020 Via FedEx Office-Brooklyn

Hi Aror-Ark Ark O'Diah,

I would like to confirm that I found the attachment.

I will inform you once again when it's submitted to Nationwide from my end.

Thank you,

**An Dong Wang | Accounting Manager**
Xincon Home-Healthcare Service, Inc.
224 West 35th Street, Suite #708
New York, NY 10001
TEL: 212-560-9218 EXT: 2031
FAX: 212-560-9229

On 11/18/2020 4:20 PM, Aror Ark O'Diah wrote:

Hi An Dong Wang:

I am obliged to call to your attention that the attachments were sent at the FedEx Office on Court Street, downtown Brooklyn.

FedEx Officials confirmed that the scanning into email and email sent to your email address was successful.

PLEASE could you look at your SPASM mail.

Because FedEx Results indicated that the email with the attachment emailed to you were successful.

PLEASE re-confirm and issue re-acknowledgement receipt before I can return back to the FedEx Office to re-sent.

THANK YOU.

Respectfully Submitted By:
Aror-Ark Ark O'Diah,
President-CEO.

**6**

September 11th
Victim Compensation Fund

August 25, 2020

AROR-ARK O'DIAH
3403 FOSTER AVENUE 4B
BROOKLYN NY 11210-6439

Re: CLAIM NUMBER: VCF0161480

Dear AROR-ARK O'DIAH:

We are contacting you regarding your claim with the September 11th Victim Compensation
Fund ("VCF") for YONETTE GRANT.

We started the preliminary review of your claim and have identified certain required
documents that are missing or were not properly completed. We have placed your claim in
"inactive" status because we cannot process your claim without these documents. Inactive
status means that we have stopped processing your claim.

You must submit the following documents and/or information before we can continue
processing your claim:

- **Proof of Appointment as Personal Representative.** Please submit the **original or a
certified copy** of the Court Order or Letter of Administration showing your appointment
as Personal Representative of the Victim or as the executor or administrator of the
Victim's will or estate. In most cases, the Personal Representative should be the
individual already appointed by a court. However, in very limited circumstances, where
a court has not made such an appointment and such issue is not the subject of a
pending dispute, the Special Master may appoint a Personal Representative for the
VCF.

You must submit the requested document(s) within **60 days** of the date of this letter. **If we
do not receive the document(s) within 60 days, we may deny your claim.**

There are certain documents that must be mailed to the VCF with an original signature or
initials. If the document(s) listed above includes instructions to mail the original to the VCF,
you must mail the document(s) to the address below. Please include your claim number on
any documents you mail to the VCF.

September 11th Victim Compensation Fund
P.O. Box 34500
Washington, D.C. 20043

If you have online access to your claim, and the requested document(s) does not require an
original signature or initials, please upload the document(s) electronically to your claim. If you



September 11th
Victim Compensation Fund

August 26, 2020

AROR-ARK O'DIAH
3403 FOSTER AVENUE 4B
BROOKLYN NY  11210-6439

Re: CLAIM NUMBER: VCF0161480

Dear AROR-ARK O'DIAH:

The VCF has reviewed your submission and identified certain information or documents that are missing or incomplete and must be provided for the VCF to complete our review.  Please provide the VCF with the following information:

- **Victim's Death Certificate.**  Please submit the **original or a certified copy** of the Victim's death certificate.

- **Proof of Appointment as Personal Representative.**  Please submit the **original or a certified copy** of the Court Order or Letter of Administration showing your appointment as Personal Representative of the Victim or as the executor or administrator of the Victim's will or estate.  In most cases, the Personal Representative should be the individual already appointed by a court.  However, in very limited circumstances, where a court has not made such an appointment and such issue is not the subject of a pending dispute, the Special Master may appoint a Personal Representative for the VCF.

**Please provide the requested information to the VCF within 30 days.  If a response is not received within 30 days, your claim may be made inactive or denied.**

If you are missing a form, attestation, or certification, please visit the Forms and Resources page of www.vcf.gov to obtain the document.  If you submit a statement in response to the VCF's request, it is covered by your declaration under penalty of perjury that all your submissions are true and correct.

If you believe that you have already submitted the requested information, please notify the VCF in writing or by calling our toll-free Helpline at 1-855-885-1555.  Please have your claim number ready when you call: **VCF0161480**.  For the hearing impaired, please call 1-855-885-1558 (TDD).  If you are calling from outside the United States, please call 1-202-514-1100.

If you have online access to your claim, please submit the requested documents electronically by uploading them to your claim unless the above request directs you to mail the original document to the VCF.  If you do not have access to the online claims system, you may mail the documents to the address below.  Please include your claim number on any documents you mail to the VCF.

8

**FUNERAL HOME**
4502 Avenue D
Brooklyn, NY 11203
(718)629-2047

March 14, 2020
Aror-Ark O'Diah
3403 Foster Ave Apt# 4B
Brooklyn, NY 11203

The Funeral Service for
Yonette A. Grant
Date of Death:   February 25, 2020
6224

### Summary of charges for the funeral of: Yonette A. Grant

1. Professional Services of Funeral Director and Staff

| | |
|---|---|
| Transfer of remains to the funeral home establishment | $495.00 |
| 1. Embalming (including use of preparation room) | $395.00 |
| c. Dressing/Casketing | $150.00 |
| d. Cosmetology | $75.00 |
| Basic Arrangements | $450.00 |
| 1. Supervision for visitation | $295.00 |
| 2. Supervision for funeral service | $350.00 |
| 1. Use of facilities for visitation | $490.00 |
| 1. a. Hearse or | $395.00 |

2. Merchandise as selected:

| | |
|---|---|
| WCC-125 | $895.00 |
| 1. Memorial Cards (PH/23Psalm) | $75.00 |
| 5. Hairdressing/lady attendant | $125.00 |
| 8. Register book | $10.00 |
| 14. Urn | $375.00 |

3. Non-Funeral Home Expenses

| | |
|---|---|
| Green-Wood Crematory | $488.00 |
| Death Certificate | $120.00 |
| NYC Permit & Processing Fee | $45.00 |

| | |
|---|---|
| Subtotal of Professional Services and Merchandise Selected | 4,575.00 |
| Professional Discount | N/A |
| Total of Professional Services and Merchandise Selected less Professional Discount | 4,575.00 |
| Total of Cash Advances | 653.00 |
| Total | 5,228.00 |

9



FRANK. J. BARONE
Date: 3/14/2020
MOP: New York Life insurance
Paid In Full



## DEATH TRANSCRIPT

RECORDS CERTIFICATE

DATE FILED . THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE
Feb 27, 2020 10:45 AM

### CERTIFICATE OF DEATH

Certificate No. 156-20-008789

**VCF0161480**

**MEDICAL CERTIFICATE OF DEATH** (To be filled in by the Physician)

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) — YONETTE GRANT

| Place Of Death | 2a. New York City | 2a. Type of Place | 2d. Any Hospice care in last 30 days | 2e. Name of hospital or other facility (if not facility, street address) |
|---|---|---|---|---|
| | 2b. Borough **Brooklyn** | 1 ☐ Hospital Inpatient<br>2 ☐ Emergency Dept./Outpatient<br>3 ☐ Dead on Arrival | 4 ☐ Nursing Home/Long Term Care Facility<br>5 ☐ Hospice Facility<br>6 ☐ Decedent's Residence<br>7 ☐ Other Specify | 1 ☑ Yes<br>2 ☐ No<br>3 ☐ Unknown | 3403 Foster Ave Apt 4B, Brooklyn, NY 11210-6439 |

| Date and Time of Death | 3a. (Month) **February** (Day) **25** (Year-yyyy) **2020** | 3b. Time **11:20** ☐ AM ☑ PM | 4. Sex **Female** | 5. Date last attended by a Physician mm **02** dd **25** yyyy **2020** |
|---|---|---|---|---|

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See instructions on reverse of certificate.

Name of Medical Certifier (Type or Print) **ALLEN HSU**

Address **220 E 42nd Street 7th FL, New York, NY 10017**

Signature *Allen Hsu*

D.O. M.D. NP RPA

Signature Electronically Authenticated

License No. **282708-1**

Date **FEB-26-2020**

**PERSONAL PARTICULARS** (To be filled in by Funeral Director, in case of City Burial, by Physician)

| 7a. Usual Residence State **New York** | 7b. County **Kings** | 7c. City or Town **Brooklyn** | 7d. Street and Number **3403 Foster Ave** | Apt. No. **Apt 4B** | ZIP Code **11210** | 7e. Inside City Limits? 1 ☑ Yes 2 ☐ No |
|---|---|---|---|---|---|---|

| 8. Date of Birth (Month) **November** (Day) **19** (Year-yyyy) **1973** | 9. Age at last birthday (years) **46** | Under 1 Year Months | Days | Under 1 Day Hours *** | Minutes *** | 10. Social Security No. **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** |
|---|---|---|---|---|---|---|

| 11a. Usual Occupation (Type of work done during most of working life. Do not use 'retired') **Medical Aid** | 11b. Kind of business or industry **Private Care** | 12. Aliases or AKAs **Yonette A. Grant** |
|---|---|---|

| 13. Birthplace (City & State or Foreign Country) **Guyana** | 14. Education (Check the box that best describes the highest degree or level of school completed at the time of death) 1 ☐ 8th grade or less; none  2 ☐ 9th – 12th grade; no diploma  3 ☑ High school graduate or GED  4 ☐ Some college credit, but no degree  5 ☐ Associate degree (e.g., AA, AS)  6 ☐ Bachelor's degree (e.g., BA, AB, BS)  7 ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)  8 ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD) |
|---|---|

| 15. Ever in U.S. Armed Forces? 1 ☐ Yes 2 ☑ No | 16. Marital/Partnership Status at time of death 1 ☐ Married  2 ☑ Domestic Partnership  3 ☐ Divorced  4 ☐ Married, but separated  5 ☐ Never Married  6 ☐ Widowed  7 ☐ Other, Specify  8 ☐ Unknown | 17. Surviving Spouse's/Partner's Name (prior to first marriage) (First, Middle, Last) **Aror-Ark O'Diah** |
|---|---|---|

| 18. Father/Parent Name (Prior to first marriage) (First, Middle, Last) **Vilbert Vain Grant** | 19. Mother/Parent Name (Prior to first marriage) (First, Middle, Last) **Jean Elgin** |
|---|---|

**To be filled in by Funeral Director, in case of City Burial, by Physician**

| 20a. Informant's Name **Aror-Ark O'Diah** | 20b. Relationship to Decedent **Domestic partner** | 20c. Address (Street and Number) **3403 Foster Ave Apt 4B, Brooklyn, NY** | Apt. No. | City & State | ZIP Code **11210** |
|---|---|---|---|---|---|

| 21a. Method of Disposition 1 ☐ Burial  2 ☑ Cremation  3 ☐ Entombment  4 ☐ City Cematary  5 ☐ Other Specify | 21b. Place of Disposition (Name of cemetery, crematory, other place) **Greenwood Crematory** |
|---|---|

| 21c. Location of Disposition (City & State or Foreign County) **Brooklyn, New york** | 21d. Date of Disposition mm **03** dd **03** yyyy **2020** |
|---|---|

| 22a. Funeral Establishment **Frank J. Barone Funeral Home** | 22b. Address (Street and Number) **4502 Avenue D Brooklyn, NY 11203** | City & State | ZIP Code |
|---|---|---|---|

No Correction History.***

**10**

EVT202002104269

*Gretchen Van Wye*
Gretchen Van Wye, Ph.D., City Registrar as of 9/1/18

February 27, 2020

*Steven P. Schwartz*
Steven P. Schwartz, Ph.D., City Registrar

VR 15 (Rev. 01/20)

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.





14000001 8734

VITAL RECORDS CERTIFICATE

# DEATH TRANSCRIPT

DATE FILED : THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**CERTIFICATE OF DEATH**

NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE
Feb 27, 2020 10:45 AM

Certificate No. 156-20-008789

**VCF0161480**

1. DECEDENT'S LEGAL NAME: YONETTE GRANT
(First, Middle, Last, Suffix)

| Place Of Death | 2a. New York City 2b. Borough Brooklyn | 2c. Type of Place 1 ☐ Hospital Inpatient 2 ☐ Emergency Dept/Outpatient 3 ☐ Dead on Arrival | 4 ☐ Nursing Home/Long Term Care Facility 5 ☐ Hospice Facility 6 ☒ Decedent's Residence 7 ☐ Other Specify | 2d. Any Hospice care in last 30 days 1 ☒ Yes 2 ☐ No 3 ☐ Unknown | 2e. Name of hospital or other facility (if not facility, street address) 3403 Foster Ave Apt 4B, Brooklyn, NY 11210-6439 |
|---|---|---|---|---|---|

| Date and Time of Death | 3a. (Month) February | (Day) 25 | (Year-yyyy) 2020 | 3b. Time 11:20 ☐ AM ☒ PM | 4. Sex Female | 5. Date last attended by a Physician mm 02 dd 25 yyy 2020 |
|---|---|---|---|---|---|---|

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See Instructions on reverse of certificate.

Name of Medical Certifier: ALLEN HSU (Type or Print)

Address: 220 E 42nd Street 7th FL, New York, NY 10017

Signature: *Allen Hsu*

☐ D.O. ☐ M.D. ☐ NP ☐ RPA
Signature Electronically Authenticated

License No. 282708-1

Date FEB-26-2020

| 7a. Usual Residence State New York | 7b. County Kings | 7c. City or Town Brooklyn | 7d. Street and Number 3403 Foster Ave | Apt. No. Apt 4B | ZIP Code 11210 | 7e. Inside City Limits? 1 ☒ Yes 2 ☐ No |
|---|---|---|---|---|---|---|

| 8. Date of Birth (Month) November | (Day) 19 | (Year-yyyy) 1973 | 8. Age at last birthday (years) 46 | Under 1 Year Months ** Days ** 2 | Under 1 Day Hours *** 3 Minutes *** 5 | 10. Social Security No. 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 |
|---|---|---|---|---|---|---|

| 11a. Usual Occupation (Type of work done during most of working life. Do not use "retired") Medical Aid | 11b. Kind of business or industry) Private Care | 12. Aliases or AKAs Yonette A. Grant |
|---|---|---|

13. Birthplace (City & State or Foreign Country): Guyana

14. Education (Check the box that best describes the highest degree or level of school completed at the time of death)
1 ☐ 8th grade or less; none
2 ☐ 9th – 12th grade; no diploma
3 ☒ High school graduate or GED
4 ☐ Some college credit, but no degree
5 ☐ Associate degree (e.g., AA, AS)
6 ☐ Bachelor's degree (e.g., BA, AB, BS)
7 ☐ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)
8 ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)

| 15. Ever in U.S. Armed Forces? 1 ☐ Yes 2 ☒ No | 16. Marital/Partnership Status at time of death 1 ☐ Married 2 ☒ Domestic Partnership 4 ☐ Married, but separated 7 ☐ Other, Specify | 3 ☐ Divorced 6 ☐ Never Married 5 ☐ Widowed 8 ☐ Unknown | 17. Surviving Spouse's/Partner's name (prior to first marriage) (First, Middle, Last) Aror-Ark O'Diah |
|---|---|---|---|

| 18. Father/Parent Name (Prior to first marriage) (First, Middle, Last) Vilbert Vain Grant | 19. Mother/Parent Name (Prior to first marriage) (First, Middle, Last) Jean Elgin |
|---|---|

| 20a. Informant's Name Aror-Ark O'Diah | 20b. Relationship to Decedent Domestic partner | 20c. Address (Street and Number Apt. No. City & State) 3403 Foster Ave Apt 4B, Brooklyn, NY | ZIP Code 11210 |
|---|---|---|---|

| 21a. Method of Disposition 1 ☐ Burial 2 ☒ Cremation 3 ☐ Entombment 4 ☐ City Cemetery 5 ☐ Other Specify | 21b. Place of Disposition (Name of cemetery, crematory, other place) Greenwood Crematory |
|---|---|

| 21c. Location of Disposition (City & State or Foreign Country) Brooklyn, New york | 21d. Date of Disposition mm 03 dd 03 yyy 2020 |
|---|---|

| 22a. Funeral Establishment Frank J. Barone Funeral Home | 22b. Address (Street and Number City & State) 4502 Avenue D Brooklyn, NY 11203 |
|---|---|

No Correction History.***

**11**

EVT202002104269

*Gretchen Van Wye*
Gretchen Van Wye, Ph.D., City Registrar as of 9/1/18

February 27, 2020

*Steven P. Schwartz*
Steven P. Schwartz, Ph.D., City Registrar

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

VR 15 (Rev. 01/20)







**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

VCF0161480

## EXEMPLIFICATION OF BIRTH OR DEATH RECORD

I, _____ *PRANSHANTA O'NEAL* _____, Deputy City Registrar of the Office of Vital Records of the Department of Health and Mental Hygiene of the City of New York do hereby certify that the foregoing transcript is a true copy of the original record now on file in the Department of Health and Mental Hygiene of the City of New York, this being a department of the Municipal Corporation known as the City of New York; that I have compared the said transcript with the original record on file in the Department of Health and Mental Hygiene and that the same is a correct transcript of said original record, and of the whole thereof; that the seal thereon impressed is the official seal of the Board of Health of the Department of Health and Mental Hygiene of the City of New York, and I further hereby certify that I am Deputy City Registrar of the Office of Vital Records in the said Department of Health and Mental Hygiene in the City of New York, where the said certificate and record is on file, and that I am authorized to certify the said record in accordance with Section 17-102 (Sub b) of the Administrative Code of the City of New York.

The foregoing transcript is a true copy of said original record, identified as

☐ Birth  ☑ Death

Certificate Number _156 - 20 - 003789_

Borough of _Brooklyn_     Year _2020_,

In witness whereof I have hereunto set my hand and caused the seal of the Board of Health of the Department of Health and Mental Hygiene of the City of New York to be affixed this _27th_ _____ day of

_February_

_2020_ _____ in the year

**12**

_Pranshanta O'Neal_
Signature

VR 68 (Rev. 8/18)

COUNTY CLERK YORK NTY

VCF0161480

Form 1

State of New York } ss:
County of New York }

I, Milton Adair Tingling, Clerk of the County of New York, and Clerk of the Supreme Court in and for said county, the same being a court of record having a seal, **DO HEREBY CERTIFY THAT**

NO. 669363

## PRANSHANTA O'NEAL

whose name is subscribed to the annexed original instrument has been commissioned and qualified as a NOTARY PUBLIC............................DEPUTY CITY REGISTRAR.............................. and has filed his/her original signature in this office and that he/she was at the time of taking such proof or acknowledgment or oath duly authorized by the laws of the State of New York to take the same: that he/she is well acquainted with the handwriting of such public officer or has compared the signature on the certificate of proof or acknowledgment or oath with the original signature filed in his/her office by such public officer and he/she believes that the signature on the original instrument is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and my official seal this
27th day of August, 2020

County Clerk, New York County




13

VCF0161480

Form 1

State of New York ⎫
County of New York ⎬ ss:
                   ⎭

No.  669363

I, Milton Adair Tingling, Clerk of the County of New York, and Clerk of the Supreme Court in and for said county, the same being a court of record having a seal, **DO HEREBY CERTIFY THAT**

### PRANSHANTA O'NEAL



whose name is subscribed to the annexed original instrument has been commissioned and qualified as a ~~NOTARY PUBLIC~~..................**DEPUTY CITY REGISTRAR**.............................................. and has filed his/her original signature in this office and that he/she was at the time of taking such proof or acknowledgment or oath duly authorized by the laws of the State of New York to take the same: that he/she is well acquainted with the handwriting of such public officer or has compared the signature on the certificate of proof or acknowledgment or oath with the original signature filed in his/her office by such public officer and he/she believes that the signature on the original instrument is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and my official seal this
27th day of August, 2020

_____
County Clerk, New York County

14



**AUTHORIZATION FOR RELEASE OF INFORMATION**

LHI WILLIAM STREET CLINIC

| PATIENT NAME: | | | |
|---|---|---|---|
| Aror-Ark Ark O'Diah | WTC NUMBER: 911835417 | DATE OF BIRTH: 1/5/1958 | PHONE: 347-614-8799 |
| STREET ADDRESS: 3404 Foster Ave 4B | | | |
| | | CITY, STATE, ZIP: Brooklyn, NY 11210 | |

I AUTHORIZE:
Logistics Health Incorporated
William Street Clinic
3237 Airport Road
La Crosse, WI 54603
Phone: (800) 714-7426
Fax: (877) 358-4988

To:
☒ Obtain From
☐ Disclose To

Name/Facility: CHIROPRACTIC SPECIALIST
ATAL DR. ZANE HUFFMAN, DAIPED
Address: 9314 QUEENS BLVD
City/State/Zip: REGO PARK, NY 11374
Phone: (718) 830-2700
Fax:

**I REQUEST AND AUTHORIZE THE RELEASE OF MY HEALTH INFORMATION NOTED BELOW: (PLEASE CHECK ALL THAT APPLY)**

☒ Entire Medical Record   ALL ENTIRE TIME
☒ Lab Report(s) Date(s)   ALL ENTIRE TIME
☒ Spirometry Report(s) Date(s)   ENTIRE TIMES
☒ X-Ray Report(s) Date(s)   ENTIRE TIMES
☒ Other: ALL BLOOD WORK, ALL TREATMENTS, ALL RECORDS FOR ALL VISIT

**REASON FOR DISCLOSURE:**

☒ Patient Request
☐ Claims Administration/Payment
☐ Subpoena or Other Legal Process
☒ Medical Care (to allow the appropriate management of treatment, services, and/or coverage under the responder's benefits)
☐ Insurance Application
☒ Other: WTC HEALTH PROGRAM EVALUATION

**AUTHORIZATION AND ACKNOWLEDGEMENT:**
I understand that this authorization is voluntary. I understand that my health information may contain information created by other persons or entities including health care providers, and may also contain drug and alcohol, mental health, HIV/AIDS, psychotherapy, genetic, reproductive and sexually transmitted disease information. By my signature below, I hereby authorize Logistics Health Incorporated to obtain, use and/or disclose my health information for the term of this authorization for the specific purpose listed above. When information is used or disclosed by the authorized recipient, this information may be subject to re-disclosure and is no longer protected. I also understand I have the right to receive, upon reasonable notice, a copy of the material to be disclosed as well as a copy of this authorization form. A copy or facsimile of this authorization with my signature may be used with the same effectiveness as an original.

I understand that this authorization is valid for one year from this date (or as set forth in applicable state law) or until   08/13/2021
and may be revoked in writing by me at any time except to the extent that action has already been taken based on my authorization.

X Aror-Ark Ark O'Diah          08/13/2020          (347) 365-1307
Signature                      Date                Daytime Phone Number

N/A
If Not Signed by Patient - Legal Representative's Name

N/A
Relationship to Patient

N/A
Description of Representative's Authority

N/A
For Illinois Residents Only - Witness Signature

N/A
Date

© 2018 Logistics Health Incorporated (LHI). All rights reserved.  20180829

**15**

Rensselaer, NY 12144



Aror-Ark O'Diah
3404 Foster Ave 4B
Brooklyn, NY 11210

RE:  911S35417

7/17/2020

Dear Aror-Ark O'Diah:

Thank you for submitting an application to enroll in the World Trade Center (WTC) Health Program.
We received your enrollment application and assigned it the following number 911S35417.

The WTC Health Program Enrollment Center will assess whether you meet current eligibility criteria and are qualified for enrollment. You will be notified in writing of the enrollment determination.

If you have questions about the WTC Health Program or your application:

Call us at 1-888-WTC-HP4U (1-888-982-4748), Mon-Fri, 9 AM to 5 PM (Eastern) or
Visit the WTC Health Program website at: http://www.cdc.gov/wtc

Sincerely,

*Aneesah Umrani*

Aneesah Umrani

Enrollment Center Specialist
World Trade Center Health Program

16

Monitoring and Treatment
9.11
**WTC Health Program**

Member ID: 911S35417

8/7/2020

Dear Aror-Ark O'Diah:

I am pleased to inform you that you have been enrolled in the World Trade Center (WTC) Health Program as a **Screening-Eligible Survivor.** You can now receive an initial health evaluation (medical exam) with a WTC Health Program provider to determine if you have a covered medical condition related to your 9/11 exposure.

### Your WTC Health Program Clinic: LHI William Street Clinic

**Logistics Health Incorporated (LHI), a contracted medical provider for the WTC Health Program - will send you a welcome packet with instructions on how to schedule your initial health evaluation and inform you of other available services at the William Street Clinic.** The packet will be sent from La Crosse, Wisconsin, via FedEx in the next 10 days.

Based on the results of your initial health evaluation, any covered condition(s) found to be related to your 9/11 exposure will be submitted for certification. Once certified, you become a Certified-Eligible Survivor and can receive medically necessary treatment from the WTC Health Program. You can also then receive annual monitoring exams to track your health over time. Your WTC Health Program provider will explain this process in more detail at your initial health evaluation.

### More about the WTC Health Program

Established under the James Zadroga 9/11 Health and Compensation Act of 2010, the WTC Health Program provides healthcare services to persons who either lived in or were otherwise present in the WTC area when the 9/11 disaster occurred; and for those who assisted with the rescue, recovery and clean-up efforts at the WTC and related sites.

You can learn about WTC Health Program benefits and your member rights and responsibilities in our member handbook. The handbook is available to view and download at www.cdc.gov/wtc/handbook.html. If you would like to request a printed copy, call 1-888-982-4748.

### Have questions?

Please call the WTC Health Program at 1-888-982-4748 Monday through Friday, 9 AM to 5 PM Eastern Time or visit www.cdc.gov/wtc.

Sincerely,

John Howard, M.D.
Administrator, World Trade Center Health Program

**17**

This program is administered by the National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention, and U.S. Department of Health and Human Services

**LHI**

LHI WILLIAM STREET CLINIC
SURVIVOR WELCOME LETTER

8/7/2020

WTC Member ID:  911S35417

Dear Aror-Ark Ark O'Diah

Welcome to the LHI William Street Clinic. The William Street Clinic is a new clinic for survivors enrolled in the World Trade Center (WTC) Health Program. The clinic will provide you with an Initial Health Evaluation, benefits counseling, and case management. If after your Initial Health Evaluation you are certified for treatment of a WTC-related health condition, the William Street Clinic will refer you to a Program provider in the New York metropolitan area for care.

The health conditions covered by the WTC Health Program are limited to those determined to be related to exposures at the 9/11 sites. These health conditions include, but are not limited to, chronic rhinitis/sinusitis, reactive airways dysfunction syndrome (RADS), gastrointestinal esophageal reflux disease (GERD), mental health conditions, cancer and follow-up care related to documented 9/11 injuries.

The following program benefits are provided at no cost to you:

- Initial health evaluation by a network physician familiar with WTC health conditions
- Lab tests
- Breathing tests
- Mental health screening
- Exposure assessment
- Condition referrals -- please note: for certain health conditions that are just now developing, additional information may be needed to ensure that the condition is WTC-related

Enclosed is a medical release form. We encourage you to complete and return the form as soon as possible. Having records from your primary physician will make the certification process more efficient should you receive any referrals for care. If you have copies of your medical records, you can upload them via our member portal, LHI.Care. (See LHI.Care instructions, enclosed)

A set of frequently asked questions (FAQs), including information on how to make your first appointment, is enclosed that may help you get a better understanding of the program. If your needs are urgent, please call the Williams Street Clinic at (800) 714-7426. You can reach our office Monday – Friday, 7 a.m. – 7 p.m., and Saturday 8 a.m. – 4 p.m. Eastern.

Sincerely,

WTC Health Program
Logistics Health Incorporated

Enclosures

**18**

©2018 Logistics Health Incorporated (LHI). All rights reserved.  20180808

# AUTHORIZATION FOR RELEASE OF INFORMATION

LHI WILLIAM STREET CLINIC

| PATIENT NAME: | | | |
|---|---|---|---|
| Aror-Ark Ark O'Diah | | | |

| WTC NUMBER: | DATE OF BIRTH: | PHONE: |
|---|---|---|
| 911S35417 | 1/5/1958 | 347-614-8799 |

**STREET ADDRESS:**
3404 Foster Ave 4B

**CITY, STATE, ZIP:**
Brooklyn, NY 11210

**I AUTHORIZE:**
Logistics Health Incorporated
William Street Clinic
3237 Airport Road
La Crosse, WI 54603
Phone: (800) 714-7426
Fax: (877) 358-4968

**To:**
☒ Obtain From
☐ Disclose To

**Name/Facility:** NORTH SHORE MEDICAL CENTER
ATTN: DR. GLENN J. IAKOBEN, DO
**Address:** 8371 116th STREET
**City/State/Zip:** RICHMOND HILL, NY 11418
**Phone:** (718) 441-5700
**Fax:**

## I REQUEST AND AUTHORIZE THE RELEASE OF MY HEALTH INFORMATION NOTED BELOW: (PLEASE CHECK ALL THAT APPLY)

☒ Entire Medical Record   ALL ENTIRE TIMES

☒ Lab Report(s) Date(s)   ALL ENTIRE TIMES   ☒ Spirometry Report(s) Date(s)   ENTIRE TIMES

☒ Other: ALL BLOOD WORKS ALL TREATMENTS, ALL RECORDS FOR ALL VISITS   ☒ X-Ray Report(s) Date(s)   ENTIRE TIMES

## REASON FOR DISCLOSURE:

☒ Patient Request   ☐ Claims Administration/Payment   ☐ Subpoena or Other Legal Process   ☐ Insurance Application

☒ Medical Care (to allow the appropriate management of treatment, services, and/or coverage under the responder's benefits)

☒ Other: WTC HEALTH PROGRAM EVALUATIONS

## AUTHORIZATION AND ACKNOWLEDGEMENT:

I understand that this authorization is voluntary. I understand that my health information may contain information created by other persons or entities including health care providers, and may also contain drug and alcohol, mental health, HIV/AIDS, psychotherapy, genetic, reproductive and sexually transmitted disease information. By my signature below, I hereby authorize Logistics Health Incorporated to obtain, use and/or disclose my health information for the term of this authorization for the specific purpose listed above. When information is used or disclosed by the authorized recipient, this information may be subject to re-disclosure and is no longer protected. I also understand I have the right to receive, upon reasonable notice, a copy of the material to be disclosed as well as a copy of this authorization form. A copy or facsimile of this authorization with my signature may be used with the same effectiveness as an original.

I understand that this authorization is valid for one year from this date (or as set forth in applicable state law) or until   08/13/2021
and may be revoked in writing by me at any time except to the extent that action has already been taken based on my authorization.

X ~Aror-Ark Ark O'Diah
**Signature**

08/13/2020
**Date**

(347) 365-1207
**Daytime Phone Number**

N/A
**If Not Signed by Patient - Legal Representative's Name**

N/A
**Relationship to Patient**

N/A
**Description of Representative's Authority**

N/A
**For Illinois Residents Only - Witness Signature**

N/A
**Date**

**19**

© 2018 Logistics Health Incorporated (LHI). All rights reserved.  20180829

Name: Aror-Ark Ark O'Diah O'Diah | DOB: 1/5/1958 | MRN: 14958043 | PCP:

# Test Results

| Test | Ordered By | Date ▼ |
|---|---|---|
| PULMONARY FUNCTION TEST | Boris Sagalovich... | Jan 4, 2021 |
| COVID-19 BY NAAT (PCR,TMA) - ... | Boris Sagalovich... | Dec 30, 2020 |
| CT CHEST WO CONTRAST | Boris Sagalovich... | Dec 23, 2020 |

There are no more test results available.

MyChart® licensed from Epic Systems Corporation © 1999 - 2021

**20**

# TJH Medical Services, P.C.

*134-20 Jamaica Avenue-1ˢᵗ Floor, Jamaica NY 11418*
*Tel 718-206-6742 Fax 718-206-8818*

Monday August 31, 2020

LHI

RE: Aror Ark Ark O'Diah DOB: 01/05/1958 SS: xxx-xx-xxxx

I am in receipt of your letter on 08/2020 requesting copies of medical records along with the Authorization of Disclosure of Protected Health Information on the above named patient.

I do not have medical records for this patient.

For additional assistance, you may call TJH medical records department (718) 206-8143.

Sincerely,


Medical Records Department

**21**

From: Chase
Sent: Wednesday, December 9, 2020 2:29 PM
To: aror@timespeedworldwideinfo.com
Subject: Debit/ATM/Pre-paid Card Request

1-800 935 9435

 **CHASE**

**Chase: Important information regarding your new Chase debit/ATM/Pre-paid card**

Dear AROR-ARK O'DIAH:

As you requested, we've ordered your new debit/ATM/Pre-paid card or you were issued one at a branch.

If you did make this request, you don't need to do anything.

If you didn't make this request, please call us immediately at the number on the back of your card. You can reach us anytime.

Thank you for being a valued customer.

Sincerely,

Customer Service Center

**E-mail Security Information**

E-mail intended for: AROR-ARK O'DIAH

If you have concerns about the authenticity of this message, please visit chase.com/CustomerService for options on how to contact us.

**About This Message:**
This service email gives you updates and information about your Chase relationship.

We sent this email from an unmonitored mailbox. Go to , chase.com/CustomerService to find the best way to contact us.

Your privacy is important to us. See our online Security Center to learn how to protect your information.

Chase Privacy Operations, PO Box 659752, San Antonio, TX 78265-9752

© 2020 JPMorgan Chase & Co.

**22**



# ALIGNMENT CHIROPRACTIC, P.C.

93-14 Queens Blvd.
Rego Park, N.Y. 11374
Tel: 718-830-2700

September 22, 2020

To whom it may concern,

Mr. Aror-Ark O'Diah was treated in my office back in 2005. He came in today looking for medical records. However, I do not keep medical records for more than 7 years.

Sincerely,

Zane Hoffman, D.C.

**23**



LHI WILLIAM STREET CLINIC

## RECORDS NEEDED LETTER

Aror-Ark Ark O'Diah
3403 Foster Ave 4b
Brooklyn, NY 11210

Dear Member,

The World Trade Center (WTC) Health Program recently received a release form that you submitted allowing LHI to obtain your medical records from your provider(s).

Our records indicate that after several attempts to contact your provider(s), we have not yet received your records. This letter is to notify you that LHI has discontinued further attempts at contacting your provider(s).

Should you wish to contact your provider(s) directly to forward records to us, we will review them upon receipt.

Thank you.


WTC Health Program
Logistics Health Incorporated

**24**

©2018 Logistics Health Incorporated (LHI). All rights reserved. 20180719

## Medical Records - Download and request your records

LHI has obtained the following medical records from your treating providers. For quality assurance purposes, we must review your records before making them available to you. Click the 'Request' button to initiate this process. To view medical records from your monitoring exam, visit the 'Past Appointments' section on the Home Page.

Once your records have been reviewed, if you are opted in for LHI.Care alerts, you will receive a notification when your records are ready to download. To opt in for LHI.Care alerts, visit Your Account.

| Doctor or Hospital Name | Status |
|---|---|
| NYS Dept of Correction Atten: Daniel Martuscello | Awaiting Records |
| Jamaica Hospital Center Atten: Dr. Celine Thum, Dr. Melvin Ku | Pending Review |
| Dermatology Service- Dr. Achiamah Osei-tutu MD | Awaiting Records |
| North Shore Medical Center-Dr. Jakoblen | Awaiting Records |
| Chiropractice Specialist- Dr. Huffman | Awaiting Records |
| New York Presbyterian-Dr. Colleen McCarthy/Dr. Sunny Shah | Pending Review |
| Elmhurst Hospital-Dr. David Rubinstein | Awaiting Records |
| Queens Hospital Center-Dr. Ferman, Dr. Marino, Dr. Li, Dr. Kapoor, Dr. Bone, Dr. Saxena, | Awaiting Records |
| Kings County Hospital-Dr. Adiatu, Dr. Cortes,Dr. Kolla, Dr. Bodis-Wollner, Dr. Paul, Dr. Velayudhan, | Pending Review |

**25**

**Need Help?**
1 800-714-7426

© 2020 Logistics Health Incorporated
All rights reserved.

Privacy Statement | Terms of Use

☑ logisticshealth.com

1.

VICKY LU
224 WEST 35TH STREET SUITE 708
NEW YORK, NY 10001



YONETTE GRANT
3403 FOSTER AVENUE
APT 4B
BROOKLYN NY 11210

SSN:                    XXX-XX-4391

### Xincon Home-Healthcare Services Profit Sharing Plan
### 063 - 86474

YOUR TOTAL ACCOUNT VALUE IS:
$0.00 AS OF 12/31/2020

## YOUR RETIREMENT PORTFOLIO FROM 10/01/2020 TO 12/31/2020

### Your Account At A Glance

| | |
|---|---|
| Opening Value on 10/01/2020 | $3,613.90 |
| Contributions | $0.00 |
| Investment Gain/(Loss) | $290.58 |
| Withdrawals | ($3,904.48) |
| Total Account Value on 12/31/2020 | $0.00 |

### Your Recent Retirement Account History*



*Corrections made after the close of past periods are not reflected in this representation.

| Asset Class | % of Total | Total Fund Balance | Unit Value |
|---|---|---|---|
| Balanced Tinacrf Lfcycind 2035 Inst | 0.00% | $0.00 | 1.348878 |
| Total Account Value | 0% | $0.00 | |

Due to rounding, Total Account Value percentage may not equal 100%. Your actual balance may be different if you are not yet fully vested with your employer. Please contact your employer for details.

**26**



Balanced

00009069

Page 1 of 5

# CapitalOne®

YONETTE A GRANT
3403 FOSTER AVE APT 4B
BROOKLYN NY 11210

000447225
MSP   258

Thanks for saving with Capital One 360®

Here's your December 2020 bank statement.

STATEMENT PERIOD
Oct 1 – Dec 31, 2020

# $2,408.01   TOTAL ENDING BALANCE IN ALL ACCOUNTS

## Account Summary

| ACCOUNT NAME | Oct 1 | Dec 31 |
|---|---|---|
| Simply Checking...3294 | $2,203.46 | $2,203.46 |
| Savings Now...3608 | $204.49 | $204.55 |
| All Accounts | $2,407.95 | $2,408.01 |

## Cashflow Summary

| | | |
|---|---|---|
| $0.06 | INTEREST EARNED THIS PERIOD | |
| $0.00 | FEES THIS PERIOD | |
| $0.00 | FINANCE CHARGES THIS PERIOD | |

Simply Checking - 7010743294

**27**


capitalone.com     1-888-464-0727     P.O. Box 60, St. Cloud, MN 56302



**From:** Tennille Evans
**Sent:** Thursday, April 30, 2020 12:17 PM
**To:** aror@timespeedworldwideinfo.com
**Cc:** Arnice Steward; AR
**Subject:** YONETTE GRANT - 3403 FOSTER AVENUE 4B - t0011360

Hi Mr O'Diah, per our conversation, attached is the letter we received from section 8 stating the recouping of the monies paid to landlord  and proof that HPD will reclaim the overpaid funds. The balance due as of May 1st is  $3,549.28.

Thanks
Tennille



Accounts Receivable Manager
Leasing Department

4611 12th Ave, Suite 1L
Brooklyn, NY 11219
718-438-2804 x2215

**28**

**NYC**

Department of
Housing Preservation
& Development
nyc.gov/hpd

MARIA TORRES-SPRINGER
Commissioner
DON SHACKNAI
First Deputy Commissioner
EVA TRIMBLE
Deputy Commissioner
LAURIE LoPRIMO
Assistant Commissioner

Office of Financial Management
and Tenant Resources
Division of Tenant Resources
100 Gold Street
New York, N.Y. 10038

Notice of Rental Subsidy Overpayment

4/23/2020

Renaissance Equity Holding, LLC
4611 12th Avenue   SUITE 1L
Brooklyn NY, 11219

Re: Subsidy Overpayment

Dear Property Owner / Managing Agent:

This notice is to inform you that the New York City Department of Housing Preservation  Development (HPD) has
overpaid rent subsidy to you on behalf of the Section 8 assisted household listed below:

| | |
|---|---|
| Tenant Name: | Yonette Antoinette Grant |
| Address: | 3403 Foster Avenue |
| Apt #: | 4B |
| Amount Overpaid: | $3,626.25 |
| Time Period: | Mar 2020 - May 2020 |
| Reason: | Recoupment from Landlord |

The total amount of overpayment made to you is $3626.25.  This overpayment of subsidy must be repaid.

If you currently have active HPD Section 8 participants, HPD will reclaim the overpaid funds by recouping it from
payments owed to you on behalf of active Section 8 participants.  The recoupment will be reflected on your
monthly check registers mailed to you by HPD and will continue until the full amount owed to the City of New York
has been reclaimed.

If you do not have active HPD Section 8 participants, you may resolve this overpayment by supplying a
reimbursement check made payable to the *NYC Department of Finance*  within 30 calendar days from the date of
this notice.

Please be advised that failure to reimburse HPD for the HAP overpayment may result in HPD denying you the right
to participate in other HPD programs.

Checks should be sent with a copy of this letter to the attention of:

Shairaz Khan
100 Gold Street, Room 8-D01
New York, NY 10038

If you have questions, please call Shairaz Kahn at (917) 286-4300 x1091 or email khans@hpd.nyc.gov.

Sincerely,
Jessica Luna

**29**

# NOTICE OF FAILURE TO RECEIVE RENT PAYMENT

Date: 05/14/2020

**By Certified Mail**

YONETTE GRANT
3403 FOSTER AVENUE 4B
BROOKLYN NY 11210

Dear Tenant:

Please be advised pursuant to Real Property Law 235-e(d) that we have not received payment of your rent due to date in the sum of **$3,549.28** and it is now more than five days since the rent became due.  Please make payment to the undersigned immediately to avoid legal action.

Thank you.

_Isabella Goh_

**Landlord**
Renaissance Equity Holdings LLC

**30**

# NOTICE OF FAILURE TO RECEIVE RENT PAYMENT

Date: 06/16/2020

**By Certified Mail**

YONETTE GRANT
3403 FOSTER AVENUE 4B
BROOKLYN NY 11210

Dear Tenant:

Please be advised pursuant to Real Property Law 235-e(d) that we have not received payment of your rent due to date in the sum of **$2,224.56** and it is now more than five days since the rent became due. Please make payment to the undersigned immediately to avoid legal action.

Thank you.

_Isabella Goh_
**Landlord**
Renaissance Equity Holdings LLC

**31**



**Flatbush gardens**

| DATE DUE | 06/05/2020 |
|---|---|
| AMOUNT DUE | 5,135.95 |
| ACCOUNT NO. | t0011360 |

**MAKE CHECK PAYABLE TO:**

Renaissance Equity LLC

fg32_d

YONETTE GRANT
3403 FOSTER AVENUE 4B
BROOKLYN, NY 11210

Kindly note, Air Conditioning charges (if applicable) are $317.02 annually/AC unit, distributed over 12 months.  Please direct any questions to Accounts Receivable Team, AR@clipperequity.com.

Includes payments received as of 5/22/2020 .

| ITEM | AMOUNT |
|---|---|
| Balance Forward | |
| Rent- Residential (06/2020) | 3,589.28 |
| Air conditioner charge (06/2020) | 1,581.93 |
| Preferential Rent Adjustment (06/2020) | 52.84 |
| | -88.10 |

*Your new Hercules laundry rooms are NOW open and ready to handle all of your laundry needs!!*

*Smart Card Technology - PayFlex Credit Card Machines, allowing you to revalue your Smart Card with either a credit or debit card located in the lobby of the security / maintenance office in the basement at 1368 New York Avenue.*

▼ DETACH AND RETURN COUPON WITH YOUR PAYMENT ▼

** Pay your rent online : http://www.clickpay.com/clipperequity **

**MAKE CHECK PAYABLE TO:**

Renaissance Equity LLC

| DATE DUE | 06/05/2020 |
|---|---|
| AMOUNT DUE | 5,135.95 |
| ACCOUNT NO. | t0011360 |

**Please Remit Payment To:**

YONETTE GRANT
3403 FOSTER AVENUE 4B
BROOKLYN, NY 11210

**32**

Renaissance Equity LLC
PO BOX 442
Emerson, NJ 07630



0000000670037765884161617171922163000000513595060520200000000002

**From:** ClickPay Customer Service
**Sent:** Tuesday, March 31, 2020 3:31 PM
**To:** Aror Ark O'Diah
**Subject:** Thanks for submitting your payment T2003311527_BP1PB7

 **Click**

Dear Aror Ark O'Diah,

Thank you for using ClickPay to make your payment!

Your payment of $55.84 for 3403 FOSTER Avenue, #4B, BROOKLYN, NY (ClickPay ID: 9819260799) is being processed.

Payment Details

| | |
|---|---|
| Payment Date | 03/31/2020 |
| Total Amount | $55.84 |
| | Balance as of 03/31/2020: $52.84 |
| | Service Fee: $3.00 |
| Confirmation Number | T2003311527_BP1PB7 |
| Payment Method | VISA ending with 4701 |

For any questions regarding your balance, please contact Renaissance Equity LLC - FG.

Note: Please allow a full business day from the time of the transaction (this excludes Saturday, Sunday, and Bank Holidays) for this payment to be reflected on your bank account and up to 3 business days for this payment to be credited by your landlord or management.

For Credit Card payments, the charges on your credit card statement will reflect a debit from ClckPay*RENAISSANCE EQUI.

Click here to sign up for AutoPay! It is a fast and super-easy way to manage your payments!

Thank you,
Customer Service

**33**

VISIT OUR COVID-19 RESOURCE CENTER

Welcome, Aror Ark O'Diahl
ClickPay ID 9619289799

Pay Now        Auto Pay                                      Account

# Payment Confirmation

| DATE | CONFIRMATION NUMBER | PAYMENT AMOUNT | SERVICE FEE | TRANSACTION AMOUNT |
|------|---------------------|----------------|-------------|--------------------|
| 3/31/2020 | T2003311527_BP1PB7 | $52.84 | $3.00 | $55.84 |
|  |  |  | Total | $55.84 |

Setup Automatic Payments

Please be advised that your balance in PayNow will not be updated immediately. Allow up to three business days for your payment to be processed.

* Payment will show up on your next credit card/bank statement as ClickPay*RENAISSANCE EQUI from ClickPay and/or your property management company.

Copyright © 2020 ClickPay. All Rights Reserved.

**34**

# CHASE

## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY

**CASHIER'S CHECK**

Customer Copy

9805038015

04/27/2020
Void after 7 years

Remitter:   AROR-ARK O'DIAH

$** 1,131.78 **

Pay To The   RENAISSANCE EQUITY LLC
Order Of: *ACCOUNT #T001360*

Memo: *Aror-Ark A. O'Diah for*
*(LONETTE A. GRANT RENT)*

Note: For information only. Comment has no effect on bank's payment.

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

---

282111107 NEW 01/08 6810004808

# CHASE

**CASHIER'S CHECK**

Remitter:   AROR-ARK O'DIAH

Date   04/27/2020

9805038015   25-3
                    440

Void after 7 years

Pay To The   RENAISSANCE EQUITY LLC
Order Of:

Pay: ONE THOUSAND ONE HUNDRED THIRTY ONE DOLLARS AND 78 CENTS

$** 1,131.78 **

**35**

Memo: *Aror-Ark A. O'Diah For*
*LONETTE A. GRANT Acct#T001360*

Note: For information only. Comment has no effect on bank's payment.

Do not write/stamp below this line

Drawer: JPMORGAN CHASE BANK, N.A.

Reginald Chambers, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑈980503801⑊ ⑆044000037⑉ 7586614331⑈



**Flatbush gardens**

| DATE DUE | 05/05/2020 |
|---|---|
| AMOUNT DUE | 1,131.78 |
| ACCOUNT NO. | t0011360 |

**MAKE CHECK PAYABLE TO:**

Renaissance Equity LLC

fg32_d

YONETTE GRANT
3403 FOSTER AVENUE 4B
BROOKLYN, NY 11210

**Kindly note, Air Conditioning charges (if applicable) are $317.02 annually/AC unit, distributed over 12 months. Please direct any questions to Accounts Receivable Team, AR@clipperequity.com.**

Includes payments received as of 4/22/2020

| ITEM | AMOUNT |
|---|---|
| Balance Forward | |
| Rent- Residential (05/2020) | -414.89 |
| Section 8 Credit (05/2020) | 1,581.93 |
| Air conditioner charge (05/2020) | -1,208.75 |
| Preferential Rent Adjustment (05/2020) | 52.84 |
| Rent – Section 8 (05/2020) | -88.10 |
| | 1,208.75 |

*Your new Hercules laundry rooms are NOW open and ready to handle all of your laundry needs!!*

*Smart Card Technology - PayFlex Credit Card Machines, allowing you to revalue your Smart Card with either a credit or debit card located in the lobby of the security / maintenance office in the basement at 1368 New York Avenue.*

 ▼ DETACH AND RETURN COUPON WITH YOUR PAYMENT ▼ 

** Pay your rent online : http://www.clickpay.com/clipperequity **

**MAKE CHECK PAYABLE TO:**

Renaissance Equity LLC

| DATE DUE | 05/05/2020 |
|---|---|
| AMOUNT DUE | 1,131.78 |
| ACCOUNT NO. | t0011360 |

**Please Remit Payment To:**

YONETTE GRANT
3403 FOSTER AVENUE 4B
BROOKLYN, NY 11210

Renaissance Equity LLC
PO BOX 442
Emerson, NJ 07630

**36**

0000000670037765884161617171922163000000113178050520200000000003

Welcome, Aror Ark O'Diah!

ClickPay ID: 9819260799

Pay Now          Auto Pay

Account

# Pay Now

3403 FOSTER Avenue. #4B
BROOKLYN. NY 11210

**Balance As Of 05/22/2020**                              Last Payment

5/7/2020 – RNG Fee: $40.00
5/1/2020 – Section 8 Credit: $1,208.75
5/1/2020 – Section 8 Credit: $1,208.75
5/1/2020 – Rent- Residential: $1,131.78

You are currently receiving Paperless E-Bill

$1,183.78
paid

**37**

Copyright © 2020 ClickPay. All Rights Reserved.

**From:** ClickPay Customer Service
**Sent:** Friday, May 22, 2020 5:00 PM
**To:** Aror Ark O'Diah
**Subject:** Thanks for submitting your payment T2005221651_XK0RO0

**Click**

Dear Aror Ark O'Diah,

Thank you for using ClickPay to make your payment!

Your payment of $1,225.21 for 3403 FOSTER Avenue, #4B, BROOKLYN, NY (ClickPay ID: 9819260799) is being processed.

### Payment Details

| | |
|---|---|
| Payment Date | 05/22/2020 |
| Total Amount | $1,225.21 |
| | Balance as of 05/22/2020: $1,183.78 |
| | Service Fee: $41.43 |
| Confirmation Number | T2005221651_XK0RO0 |
| Payment Method | VISA ending with 4701 |

For any questions regarding your balance, please contact Renaissance Equity LLC - FG.

Note: Please allow a full business day from the time of the transaction (this excludes Saturday, Sunday, and Bank Holidays) for this payment to be reflected on your bank account and up to 3 business days for this payment to be credited by your landlord or management.

For Credit Card payments, the charges on your credit card statement will reflect a debit from ClckPay*RENAISSANCE EQUI.

Click      to sign up for AutoPay! It is a fast and super-easy way to manage your payments!

Thank you,
Customer Service

**38**

University Medical Center

JS# _____
VCF-0157580

V00098461023          M011178028
GRANT, YONETTE              F
11/19/1973   46
KIKKERI, VINAY        01/31/20
RUAPS

## DISCHARGE INSTRUCTIONS

### PLEASE PRINT AND PRESS FIRMLY

DISCHARGE DATE: 1/31/2020

DIAGNOSES:
1. S/P PARACENTESIS
2.
3. 1 Liter (drained)
4.

MEDICATIONS:

| DRUG | DOSAGE | AMOUNT | FREQUENCY | PURPOSE(S) (Layman's Terms) |
|---|---|---|---|---|
| 1. Resume | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

DIET: Resume

ACTIVITIES: Previous

INSTRUCTIONS:
1. Any large Amount bleeding severe
2. pain Call PMD or go to closest emergency room
3.
4.
5.
6.                                     718-818-3274
7.

**39**

FOLLOW-UP APPOINTMENT: (If Applicable)

WHERE:

I HAVE RECEIVED AND UNDERSTAND THE ABOVE INFORMATION.
WHEN: _____  TIME: _____

Anne Rose A. O'Neil          1/31/2020          1/31/2020
SIGNATURE OF PATIENT OR REP.   Vinay N. Kikkeri, MD      Cornele D.
PHYSICIAN SIGNATURE   DATE   NURSE SIGNATURE Bennett, RN   DATE

### IF YOU NEED EMERGENCY MEDICAL ASSISTANCE, DIAL 911 AT ONCE. IF YOU ARE ABLE TO TRAVEL, GO AT ONCE TO THE NEAREST HOSPITAL EMERGENCY ROOM.

10231 (2/07)

CHART

UNITED STATES
POSTAL SERVICE®

CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Pay to RENAISSANCE EQUITY LLC |
| | Address P.O. BOX 442, EMERSON, NJ 07630 |

t.0011360-3403 FOSTER AVE 4B, BROOKLYN, NY 1121

Serial Number
26715733334

Year, Month, Day — JULY 2020 RENT.
Post Office
Amount $1000.00
Clerk

UNITED STATES
POSTAL SERVICE®

POSTAL MONEY ORDER

Serial Number
26715733334

Year, Month, Day     Post Office     U.S. Dollars and Cents
$1000.0

Amount

Pay to RENAISSANCE EQUITY LLC          ACER ARK ARK O'DIAH
Address P.O. Box 442                   From 3403 FOSTER AVE 4B
EMERSON, NJ 07630                      Address BROOKLYN, NY 1121O
Memo t.0011360-3403 FOSTER AVE 4B BROOKLYN, NY 1121O

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING - NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000000800 2⑆                         26715733334⑈   July 2020 RENT

**40**

UNITED STATES
POSTAL SERVICE ®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

**NOT
NEGOTIABLE**

Pay to RENAISSANCE EQUITY LLC
Address P. O. BOX 442, EMERSON, NJ 07630
+ ODI1360-3403 FOSTER AVE. 4B, BROOKLYN, NY 112

KEEP TH
RECEIPT F
YOUR RECO

Serial Number
26715733323

Year, Month, Day
2020-07-01

Post Office

Amount
3434.77

Clerk

UNITED STATES
POSTAL SERVICE ®

Serial Number
26715733323

**POSTAL MONEY ORDER**

Year, Month, Day

Post Office

U.S. Dollars and Cents

Amount

$634.77

Pay to RENAISSANCE EQUITY LLC
Address P. O. BOX 442
EMERSON, NJ 07630
Memo ODI1360-3403 FOSTER AVE. 4B, BROOKLYN, NY 11216
JULY 2020
RENT 26715733323

Clerk
ARER-ARK ARK C'OIAH
3403 FOSTER AVE 4B BROOKLYN
BROOKLYN, NY 11216 NY 11216
PART RENT AND
AIR-CONDITION

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆00000800 2⑈

**41**



42

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to RENAISSANCE EQUITY LLC

Address PO BOX 442, EMERSON, NJ 07630

£0011360-3403 FOSTER AVE, 4B, Brooklyn NY 11210

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 26869052081

Year, Month, Day 2020-08-03 | Post Office 112012 | Amount $631.80 | Clerk 17

AUGUST 2020 RENT PAYMENT

UNITED STATES POSTAL SERVICE®

POSTAL MONEY ORDER

Serial Number 26869052081

Year, Month, Day 2020-08-03 | Post Office 112012 | U.S. Dollars and Cents $631.80

Amount Six Hundred Thirty One Dollars and 80/100 ********

Pay to RENAISSANCE EQUITY LLC

Address PO BOX 442 EMERSON, NJ 07630

Clerk 17

From ArOr-ArK ArK B'Diah GLOBAL JUDICIAL WATCH

Address 3403 FOSTER AVE 4B, NY 11210

Memo £0011360-3403 FOSTER AVE, 4B, BROOKLYN, NY 11210-6439 AUGUST 2020 RENT

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000008002⑆ 26869052081⑈

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to RENAISSANCE EQUITY LLC

Address PO BOX 442, EMERSON, NJ 07630

£0011360-3403 FOSTER AVE 4B, Brooklyn NY 11210

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number 26869052070

Year, Month, Day 2020-08-03 | Post Office 112012 | Amount $1,000.00 | Clerk 17

AUGUST 2020 RENT PAYMENT

UNITED STATES POSTAL SERVICE®

POSTAL MONEY ORDER

Serial Number 26869052070

Year, Month, Day 2020-08-03 | Post Office 112012 | U.S. Dollars and Cents $1000.00

Amount One Thousand Dollars and 00/100 ****************

RENAISSANCE EQUITY LLC

PO BO 442

Clerk 17

From Ar-Or-ArK ArK O 'Di GLOBAL JUDICIAL WATCH

**43**

**UNITED STATES POSTAL SERVICE**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION — NOT NEGOTIABLE — KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: RENAISSANCE EQUITY LLC
Address: P.O. BOX 442 EMERSON, NJ 07630
October 2020 Rent at 3403 Foster Ave. 4B Brooklyn NY 11210

Serial Number 27053441392
Year, Month, Day 2020-10-01   Post Office 11201 2   Amount $1,000.00   Clerk 17

**UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER**

Serial Number 27053441392
2020-10-01   11201 2   U.S. Dollars and Cents $1000.00
One Thousand Dollars and 00/100

Pay to: RENAISSANCE EQUITY LLC
Address: P.O. Box 442 EMERSON, NJ 07630
Memo: October 2020 Rent at 3403 Foster Ave. 4B Brooklyn NY 11210
From: Amos Ark Ark O'Diah GLOBAL JUDICIAL WATCH
Address: 3403 Foster Ave. 4B Brooklyn, NY 11210
Clerk 17
SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
000000800 2   27053441392

---

FOR IMPORTANT CLAIM INFORMATION — NOT NEGOTIABLE — RECEIPT FOR YOUR RECORDS

Address: P.O. BOX 442 EMERSON NJ 07630
October 2020 Rent at 3403 Foster Ave. 4B Brooklyn NY 11210
Serial Number 27053441403
Year, Month, Day 2020-10-01   Post Office 11201 2   Amount $631.80   Clerk 17

**UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER**

Serial Number 27053441403
2020-10-01   11201 2   U.S. Dollars and Cents $631.80
Six Hundred Thirty One Dollars and 80/100

Pay to: RENAISSANCE EQUITY LLC
Address: P.O. Box 442 EMERSON, NJ 07630
Memo: October 2020 Rent at 3403 Foster Ave. 4B Brooklyn NY 11210
From: Amos Ark Ark O'Diah GLOBAL JUDICIAL WATCH
Address: 3403 Foster Ave. 4B Brooklyn, NY 11210
Clerk 17
SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
000000800 2   27053441403

44



**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: RENAISSANCE EQUITY LLC
Address: P.O. BOX 442 EMERSON, NJ 07630

October 2020 Rent at 3403 Foster Ave. 4B Brooklyn

Serial Number: 27053441392
Year, Month, Day: 2020-10-01   Post Office: 112012   Amount: $1,000.00   Clerk: 17

---

**UNITED STATES POSTAL SERVICE®**

## POSTAL MONEY ORDER

Serial Number: 27053441392
Year, Month, Day: 2020-10-01   Post Office: 112012

U.S. Dollars and Cents: $1000.00
Amount: One Thousand Dollars and 00/100

Pay to: RENAISSANCE EQUITY LLC
Address: P.O. BOX 442 EMERSON, NJ 07630

October 2020 Rent at 3403 Foster Ave 4B BROOKLYN NY 11210

Clerk: 17

From: Amr-Ark Ark O'Diah GLOBAL Judicial Watch
Address: 3403 Foster Ave. 4B Brooklyn, NY 11210

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000000800⑆ 27053441392⑈

---

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

KEEP THIS RECEIPT FOR YOUR RECORDS

Pay to: RENAISSANCE EQUITY LLC
Address: P.O. BOX 442 EMERSON, NJ 07630

October 2020 Rent at 3403 Foster Ave 4B Brooklyn NY 11210

Serial Number: 27053441403
Year, Month, Day: 2020-10-01   Post Office: 112012   Amount: $631.80   Clerk: 17

---

**UNITED STATES POSTAL SERVICE®**

## POSTAL MONEY ORDER

Serial Number: 27053441403
Year, Month, Day: 2020-10-01   Post Office: 112012

U.S. Dollars and Cents: $631.80
Amount: Six Hundred Thirty One Dollars and 80/100

Clerk: 17

Pay to: RENAISSANCE EQUITY LLC
Address: P.O. BOX 442

From: Amr-Ark Ark O'Diah GLOBAL Judicial Watch

**45**

**UNITED STATES POSTAL SERVICE**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

**NOT NEGOTIABLE**

KEEP THIS
RECEIPT FOR
YOUR RECORDS

Pay to: RENAISSANCE EQUITY HOLDINGS LLC
Address: P.O. Box 6282
Hicksville, NY 11802-6282
Aror-Ark Ark O'Diah NOVEMBER 2020 Rent
C0011360 at 3483 NOVEMBER 2020 Rent

Serial Number
27053475388

| Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|
| 2020-11-02 | 112012 | $1,000.00 | 11 |

**UNITED STATES POSTAL SERVICE**

**POSTAL MONEY ORDER**

Serial Number
27053475388

| Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|
| 2020-11-02 | 112012 | $1000.00 |

Amount: One Thousand Dollars and 00/100

Pay to: RENAISSANCE EQUITY HOLDINGS LLC
Address: P.O. Box 6282
HICKSVILLE, NY 11802
Memo: Aror-Ark Ark O'Diah
C0011360 at 3483 Foster Avenue 4B, Brooklyn, NY 11210

From: Aror-Ark Ark O'Diah
TimeSpeed
Address: 3483 Foster Ave 4B
Brooklyn NY 11210

Clerk 11

⑆000000800 2⑉    2 7 0 5 3 4 7 5 3 8 8⑈

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

**UNITED STATES POSTAL SERVICE**

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

**NOT NEGOTIABLE**

KEEP THIS
RECEIPT FOR
YOUR RECORDS

Pay to: RENAISSANCE EQUITY HOLDINGS LLC
Address: P.O. Box 6282
HICKSVILLE, NY 11802
Aror-Ark Ark O'Diah C0011360 at 3483 November 2020 Rent

Serial Number
27053475390

| Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|
| 2020-11-02 | 112012 | $631.80 | 11 |

**UNITED STATES POSTAL SERVICE**

**POSTAL MONEY ORDER**

Serial Number
27053475390

| Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|
| 2020-11-02 | 112012 | $631.80 |

Amount: Six Hundred Thirty One Dollars and 80/100

Pay to: RENAISSANCE EQUITY HOLDINGS LLC
Address: P.O. Box 6282
HICKSVILLE, NY 11802
Memo: Aror-Ark Ark O'Diah
C0011360 at 3483 Foster Avenue 4B

From: Aror-Ark Ark O'Diah
TimeSpeed
Address: 3483 Foster Ave 4B
Brooklyn, NY 11210

Clerk 11

⑆000000800 2⑉    2 7 0 5 3 4 7 5 3 9 0⑈

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

**46**

UNITED STATES POSTAL SERVICE

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: RENAISSANCE EQUITY HOLDINGS LLC

Address: P.O. BOX 6282 HICKSVILLE, NY 11802-6282

Arov-Ark Ark O'Diah, DECEMBER 2020 RENT ~~E001136 at 3403 Foster Ave 4B~~ BROOKLYN, NY 11210

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 26628195791

Year, Month, Day | Post Office | Amount | Clerk

UNITED STATES POSTAL SERVICE

# POSTAL MONEY ORDER

Serial Number: 26628195791

Year, Month, Day | Post Office | U.S. Dollars and Cents

Amount: $1000.00

Pay to: RENAISSANCE EQUITY HOLDINGS LLC

Address: P.O. BOX 6282 HICKSVILLE, NY 11802-6282

From: Arov-Ark Ark O'Diah TIMESPEED

Address: 3403 Foster Ave 4B BROOKLYN, NY 11210-6439

Clerk

Memo: Arov-Ark Ark O'Diah, DECEMBER 2020 RENT ~~E001136 at 3403 Foster Ave 4B~~, BROOKLYN, NY 11210-6439

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000000800 2⑆ 26628195791⑈

DECEMBER 2020 RENT

UNITED STATES POSTAL SERVICE®

# CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: RENAISSANCE EQUITY HOLDINGS LLC

Address: P.O. BOX 6282 HICKSVILLE, NY 11802-6282

Arov-Ark Ark O'Diah, DECEMBER 2020 RENT ~~E001136 at 3403 Foster Ave 4B~~, BROOKLYN, NY 11210

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 26628195802

Year, Month, Day | Post Office | Amount | Clerk

UNITED STATES POSTAL SERVICE

# POSTAL MONEY ORDER

Serial Number: 26628195802

Year, Month, Day | Post Office | U.S. Dollars and Cents

Amount: $631.80

Pay to: RENAISSANCE EQUITY HOLDINGS LLC

Address: P.O. BOX 6282 HICKSVILLE, NY 11802-6282

From: Arov-Ark Ark O'Diah TIMESPEED

Address: 3403 Foster Ave 4B BROOKLYN, NY 11210-6439

Clerk

Memo: Arov-Ark Ark O'Diah - DECEMBER 2020 RENT ~~E001136 at 3403~~ Foster Ave 4B, Brooklyn, NY 11210-6439

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆000000800 2⑆ 26628195802⑈

47

SS#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
VCF0157580

Mon, 20 May 19   1445
User ID: 35409
Page   1 of 6

Kings County Hospital Center
451 Clarkson Avenue, Brooklyn, NY 11203

| Location<br>DIS-CPDIS-CP | Patient Name<br>Grant,Yonette | Patient Number<br>1886106 | Visit Number<br>1886106-245 | Age<br>45Y | Sex<br>F |
|---|---|---|---|---|---|

Attending Physician
Taiwo,EvelynTaiwo,Evelyn

---

Abd/PelvsCT w/Con

Accession #:    27535497

Result Time: 8 Apr 19  1125
Resulted by: /McKenzie,J
Status: complete

Accession #        : Spec #27535497: 8 Apr 19  1036
Type/View          :    w/Contrast
Diagnosis          : Malignant carcinoid tumor of the rectum
History            : 45F with metastatic carcinoid. PLease assess current
                       disease status
Indication         : liver mets, peritoneal carcinomatosi
Pregnancy Status   : not pregnant
LMP                : U
Contrast Cons      : not applicable
Transport          :   (ambulatory)
Pt ID Confirmation : name and medical record #
 xam Start         : 8Apr2019 1045
Contrast           : Contrast:Omnipaque 300 Dose:55 mL Vial/Bottle(s):1
Sys/Tape/Exam #    : System #:2 S2BR
Film Used          : PACS Images
Technologist       : James Young, RT
Assist By          : not applicable
Exam Stop          : Mon, 8 Apr 2019  1055
Attend Rpt Date    : Mon, 8 Apr 2019  1122
Attending          : Justin Loona, MD
Critical Flag(s)   : Abnormality, Attention Needed
Final Report       : Abdomen and Pelvis CT, Chest CT

INDICATION: History of metastatic carcinoid

TECHNIQUE: Axial scan of the chest in lung and soft
tissue windows were obtained and reviewed. 100 ml of
Omnipaque IV was administered.]

COMPARISON: CT chest dated 9/24/2018 and CT abdomen
and pelvis dated 12/31/2018

FINDINGS:
Heart and pericardium: Heart size is normal. No
pericardial effusion.

**49**

Mon 20 May 19 1445
User ID: 35409

SS# _____ 84
V CF0157580                    Page  2 of 6

Kings County Hospital Center
451 Clarkson Avenue, Brooklyn, NY 11203

| Location | Patient Name | Patient Number | Visit Number | Age | Sex |
|---|---|---|---|---|---|
| DIS-CPDIS-CP | Grant,Yonette | 1886106 | 1886106-245 | 45Y | F |

Attending Physician
Taiwo,EvelynTaiwo,Evelyn

----------------------------------------------------------------

Abd/PelvsCT w/Con -- cont'd

Mediastinum and hila: No significant mediastinal or
hilar lymphadenopathy.
Lungs and large airways: Stable bilateral scattered
pulmonary nodules measuring up to 5 mm in size, for
example right upper lobe 4 mm (25/106), left apex 4 mm
(14/106), 4 mm right lower lobe (44/106), 5 mm right
middle lobe (47/106). And a few scattered other
nodules without marked change compared to the prior
study. No new or enlarging nodule identified. Minimal
scattered areas of subsegmental atelectasis versus
scarring in the lung bases.
Pleura: Normal. No pleural effusion or thickening. No
pneumothorax.
Chest wall and lower neck: The thyroid gland is
grossly unremarkable. No axillary lymphadenopathy.
Vessels: The thoracic and abdominal aorta are normal
in caliber with minimal atherosclerosis.
Bones: Mild multilevel degenerative changes are noted
in the spine. No suspicious lytic or blastic lesion is
identified.
Abdomen and pelvis: Slightly progressive hepatic
metastatic disease with dominant right hepatic lobe
mass appearing slightly increased in size compared to
the prior study. Left hepatic lobe lesion likewise
appears increased in size, previously measuring 5.9 cm
and currently measuring 6.8 cm. Multiple other smaller
lesions are seen throughout the left hepatic lobe
which likewise appear increased in size for example a
left hepatic lobe lesion previously measuring 1.4 cm
currently measures 2.4 cm. The spleen, pancreas, and
adrenal glands are grossly unremarkable. The
gallbladder is normal. No hydronephrosis or enhancing
renal mass. No ascites. Scattered subcentimeter
retroperitoneal lymph nodes are without marked change
compared to the prior study measuring up to 8 mm in
short axis. Persistent pelvic soft tissue masses
appeared increased in size for example a dominant
midline pelvic mass measures 7.6 cm, previously
measuring 4.1 cm and a right adnexal mass previously
measuring 3.3 cm now measures 5.1 cm. The uterus is

**48**

Case 1:21-mc-00577-PKC-LB   Document 1   Filed 02/03/21   Page 69 of 69 PageID #: 709

Kings County Hospital Center
451 Clarkson Avenue, Brooklyn, NY 11203

| Location<br>DIS-CPDIS-CP | Patient Name<br>Grant,Yonette | Patient Number<br>1886106 | Visit Number<br>1886106-245 | Age<br>45Y | Sex<br>F |
|---|---|---|---|---|---|

Attending Physician
Taiwo,EvelynTaiwo,Evelyn

---

Abd/PelvsCT w/Con -- cont'd

heterogeneous and likely fibroid. The urinary bladder
is grossly unremarkable. No bowel obstruction or
inflammation.

IMPRESSION:
1.   Progressive hepatic metastatic disease.
2.   Interval increase in size of pelvic soft tissue
masses compatible with known metastatic disease.
3.   Stable bilateral pulmonary nodules. No new or
enlarging nodule.
4.   Stable small retroperitoneal lymph nodes.

Final report dictated by   and signed by Justin Loona
4/8/2019 11:22 AM

---

**50**